AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| 9384-2557 Quebec Inc., a Canadian Corporation; MinedMap, Inc., a Nevada Corporation; and Serenity Alpha, LLC, a Nevada limited liability company<br><br>*Plaintiff(s)*<br>v.<br>Northway Mining, LLC, a New York limited liability company; Michael Maranda, an Individual; Michael Carter, an individual; CSX4236 Motorcycle Salvage, LLC, a New York limited liability company et al.<br>*Defendant(s)* | Civil Action No. 19CV01994   ILG-RML |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Northway Mining, LLC
7014 13th Avenue, Suite 202
Brooklyn, New York 11228

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  T. Edward Williams, Esq.
Peyrot and Associates, P.C.
62 William Street 8th Floor
New York, New York 10005
Tel: 646.650.5139
Email: edward.williams@peyrotlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 04/15/2019

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| 9384-2557 Quebec Inc., a Canadian Corporation; MinedMap, Inc., a Nevada Corporation; and Serenity Alpha, LLC, a Nevada limited liability company <br><br> *Plaintiff(s)* <br> v. <br> Northway Mining, LLC, a New York limited liability company; Michael Maranda, an Individual; Michael Carter, an individual; CSX4236 Motorcycle Salvage, LLC, a New York limited liability company et al. <br> *Defendant(s)* | Civil Action No. 19CV01994   ILG-RML |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Maranda
38 Oaklawn Avenue
Farmville, New York 11738

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  T. Edward Williams, Esq.
Peyrot and Associates, P.C.
62 William Street 8th Floor
New York, New York 10005
Tel: 646.650.5139
Email: edward.williams@peyrotlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 04/15/2019

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

9384-2557 Quebec Inc., a Canadian Corporation; MinedMap, Inc., a Nevada Corporation; and Serenity Alpha, LLC, a Nevada limited liability company )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 19CV01994 ILG-RML
)
Northway Mining, LLC, a New York limited liability company; Michael Maranda, an Individual; Michael Carter, an individual; CSX4236 Motorcycle Salvage, LLC, a New York limited liability company et al. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Carter
28 2nd Street
Troy, New York 12180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: T. Edward Williams, Esq.
Peyrot and Associates, P.C.
62 William Street 8th Floor
New York, New York 10005
Tel: 646.650.5139
Email: edward.williams@peyrotlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 04/15/2019

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| 9384-2557 Quebec Inc., a Canadian Corporation; MinedMap, Inc., a Nevada Corporation; and Serenity Alpha, LLC, a Nevada limited liability company <br><br> *Plaintiff(s)* <br> v. <br> Northway Mining, LLC, a New York limited liability company; Michael Maranda, an Individual; Michael Carter, an individual; CSX4236 Motorcycle Salvage, LLC, a New York limited liability company et al. <br> *Defendant(s)* | Civil Action No. 19CV01994   ILG-RML |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CSX4236 Motorcycle Salvage, LLC
Registered Agent: Lori S. Thompson
38 Oaklawn Avenue
Farmville, New York 11738

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   T. Edward Williams, Esq.
Peyrot and Associates, P.C.
62 William Street 8th Floor
New York, New York 10005
Tel: 646.650.5139
Email: edward.williams@peyrotlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 04/15/2019

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | |
|---|---|
| 9384-2557 Quebec Inc., a Canadian Corporation; MinedMap, Inc., a Nevada Corporation; and Serenity Alpha, LLC, a Nevada limited liability company <br><br> *Plaintiff(s)* <br><br> v. <br><br> Northway Mining, LLC, a New York limited liability company; Michael Maranda, an Individual; Michael Carter, an individual; CSX4236 Motorcycle Salvage, LLC, a New York limited liability company et al. <br><br> *Defendant(s)* | Civil Action No. 19CV01994  ILG-RML |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dror Svorai
20200 Dixie Highway Suite 906
Miami, Florida 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   T. Edward Williams, Esq.
Peyrot and Associates, P.C.
62 William Street 8th Floor
New York, New York 10005
Tel: 646.650.5139
Email: edward.williams@peyrotlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 04/15/2019

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| 9384-2557 Quebec Inc., a Canadian Corporation; MinedMap, Inc., a Nevada Corporation; and Serenity Alpha, LLC, a Nevada limited liability company<br><br>*Plaintiff(s)*<br>v.<br>Northway Mining, LLC, a New York limited liability company; Michael Maranda, an Individual; Michael Carter, an individual; CSX4236 Motorcycle Salvage, LLC, a New York limited liability company et al.<br>*Defendant(s)* | Civil Action No. 19CV01994   ILG-RML |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mining Power Group, Inc.
20200 Dixie Highway Suite 906
Miami, Florida 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   T. Edward Williams, Esq.
Peyrot and Associates, P.C.
62 William Street 8th Floor
New York, New York 10005
Tel: 646.650.5139
Email: edward.williams@peyrotlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 04/15/2019     s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| 9384-2557 Quebec Inc., a Canadian Corporation; MinedMap, Inc., a Nevada Corporation; and Serenity Alpha, LLC, a Nevada limited liability company <br><br> *Plaintiff(s)* <br> v. <br><br> Northway Mining, LLC, a New York limited liability company; Michael Maranda, an Individual; Michael Carter, an individual; CSX4236 Motorcycle Salvage, LLC, a New York limited liability company et al. <br> *Defendant(s)* | Civil Action No. 19CV01994  ILG-RML |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Hudson Data Center, Inc.
38 Oaklawn Avenue
Farmville, New York 11738

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   T. Edward Williams, Esq.
Peyrot and Associates, P.C.
62 William Street 8th Floor
New York, New York 10005
Tel: 646.650.5139
Email: edward.williams@peyrotlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 04/15/2019                                                    s/Kimberly Davis
                                                                    *Signature of Clerk or Deputy Clerk*