

New York | Los Angeles

T. Edward Williams, Esq., Partner
Edward.williams@peyrotlaw.com
Admitted: New York | Colorado

April 17, 2019

**Via ECF Filing**
The Honorable I. Leo Glasser
District Court for the Eastern District of New York
Courtroom 8B South, Chambers Room 921 South
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   9384-2557 Quebec et al. v. Northway Mining LLC et. al., (Case No. 1:19CV01994-ILG-RML) **Letter Request to be Heard on Friday, April 19, 2019**
_____

Dear Judge Glasser:

I represent the Plaintiffs in the above-captioned matter.

By way of background, Plaintiffs, Serenity and MinedMap, entered into a Hosting Agreement with Defendants. In September 2018, Plaintiffs shipped Defendants certain bitcoin machines as identified in the excel spreadsheet attached as **Exhibit A** to the Affidavit of Allen Song. Plaintiffs also paid Defendants $432,000.00 as a deposit against electrical power costs Defendants would incur in hosting Plaintiffs' bitcoin machines. Plaintiffs delivered 2,689 bitcoin machines to Defendants. However, Defendants never hosted Plaintiffs bitcoin machines. In addition, Defendants stole Plaintiffs' $432,000.00 deposit.

The remaining allegations are set forth in Plaintiffs' papers filed with this Court.

I write to request that Plaintiffs be heard on **Friday, April 19, 2019**, preferably in the afternoon, **for one hour**. I spoke with Mr. Kessler in your Chambers and Mr. Kessler told me that this Court is available on Friday, April 19, 2019. Defendants are destroying and selling Plaintiffs' bitcoin machines, and so, Plaintiffs seek the return of their machines immediately, consistent with CPLR 7102(d)(1) as made applicable by Rule 64 of the Federal Rules of Civil Procedure.

62 William Street, 8th Floor
New York, NY 10005
T: (646) 650-2785
F: (646) 650-5109
www.peyrotlaw.com

Sincerely,

T. Edward Williams, Esq.