*Thursday Deliver*



**BOLLORE LOGISTICS USA INC.**
415 EAST GRAND AVENUE SUITE 201
SOUTH SAN FRANCISO, CA 94080-6208
USA

TEL (1) 650 871 2233
FAX (1) 650 742 9317



A01|USSFO|01|414243

Delivery Order Issued to:

Your contacts are :
Operations : S SERPA
Sales :

| Op 3rd party | Jobfile No | Business Unit |
|---|---|---|
| | USSFO/01/414243 | AI   AIR IMPORT |

## Delivery Order
Page 1 / 1

Please arrange delivery of the below shipment as follows:

| Consignee | Shipper Ref. | Consignee Ref. | MAWB | HAWB |
|---|---|---|---|---|
| MINEDMAP INC | | DASK | 172-30333763 | AVN18090201 |

| Nb of Packages | Weight (kg) | Weight (Lb) | Volume (m3) | Goods Description | Incoterm |
|---|---|---|---|---|---|
| 167 / 2678 *(161?)* | 16954.000 | 37376.543 | 101.7240 | IT EQUIPMENT | EXW |

**Location of Goods-Contact for availability**
F388   CARGOLUX AIRLINES
151 JFK INTL AIRPORT
JAMAICA NY 114301209

**Deliver To:** *Alber-Sony 213-245-7990*
NORTHWAY MINING, LLC
2 FLINT MINE ROAD
COXSACKIE NY 12051

| Entry | IT Number | IT DATE | IT PORT | Arr. Date | Free Time Expires |
|---|---|---|---|---|---|
| | | | | 02-Oct-2018 | |

Airport of loading: HKG  HONG KONG
Via:
Airport of discharge: JFK  NEW YORK - JOHN

Dispatched Date : 30-Sep-2018
Carrier : CV
Delivery Date :

Voyage Number :
Flight : CV4517

INLAND FREIGHT PREPAID BY BOLLORE LOGISTICS USA INC.

*Last Free Day 10/8*

*about 35 exchange pallets*

*Mike (518) 898-8445*

*For P/U monday*   *800AM - 500PM*

*3rd Pallet in damage to bottom 3 units - Photo Documented*
*Damage to 6 additional unit, crush/smashed - Photo Documented*

NO CHARGES FOR STORAGE AND/OR DEMURRAGE WILL BE PAID BY US UNLESS SPECIFICALLY GUARANTEED BY US IN WRITING PRIOR TO TIME OF THE PICKUP.

*Damage Goods Documented*

*Donald D. Coo*

Received in good order
Date:
By:
Signature:

Time:

**Motion for Replevin A**

Important : All business is conducted under our trading Terms & Conditions (Copy available upon request).
Printed: 01-Oct-2018 10:13:44AM                    By: Susan SERPA

TCU-UUU
DV539

Deliver
Monday

**BOLLORÉ LOGISTICS**

BOLLORE LOGISTICS USA INC.
415 EAST GRAND AVENUE SUITE 201
SOUTH SAN FRANCISO, CA 94080-6208
USA

TEL (1) 650 871 2233
FAX (1) 650 742 9317

A01|USSFO|01|414243

Order Issued to:

Bellence frt.

Your contacts are:
Operations: S SERPA
Sales:

| Op 3rd party | Jobfile No | Business Unit |
|---|---|---|
|  | USSFO/01/414243 | AI   AIR IMPORT |

## Delivery Order

Please arrange delivery of the below shipment as follows:

Page 1/1

| Consignee | Shipper Ref. | Consignee Ref. | MAWB | HAWB |
|---|---|---|---|---|
| MINEDMAP INC |  | DASK | 172-30333763 | AVN18090201 |

| Nb of Packages | Weight (kg) | Weight (Lb) | Volume (m3) | Goods Description | Incoterm |
|---|---|---|---|---|---|
| 10/2678 | 16954.000 | 37376.543 | 101.7240 | IT EQUIPMENT | EXW |

20 pallet No Damage

**Location of Goods-Contact for availability**
F368   CARGOLUX AIRLINES
151 JFK INTL AIRPORT
JAMAICA NY 114301209

Deliver To: Allen Song 213-245-7910
NORTHWAY MINING, LLC
2 FLINT MINE ROAD
COXSACKIE NY 12051

| Entry | IT Number | IT DATE | IT PORT | Arr. Date | Free Time Expires |
|---|---|---|---|---|---|
|  |  |  |  | 02-Oct-2018 |  |

Airport of loading: HKG – HONG KONG
Via:
Airport of discharge: JFK   NEW YORK - JOHN

Dispatched Date: 30-Sep-2018
Carrier: CV
Delivery Date:

Voyage Number:
Flight: CV4517

INLAND FREIGHT PREPAID BY BOLLORE LOGISTICS USA INC.

Last Free Day 10/8

about 35 exchange pallets

For P/U monday

NO CHARGES FOR STORAGE AND/OR DEMURRAGE WILL BE PAID BY US UNLESS SPECIFICALLY GUARANTEED BY US IN WRITING
PRIOR TO TIME OF THE PICKUP.

Received in good order
Date:
By:                                    Time:
Signature: _____ COO
Donald DAvanzo

Important: All business is conducted under our trading Terms & Conditions (Copy available upon request).
Printed: 01-Oct-2018 10:13:44AM
By: Susan SERPA

Austin Pore