UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---------------------------------------------- X

MINDMAP, LLC, a Nevada limited liability       :       1:19-CV-01175-BMC-RML
company; and SERENITY ALPHA, INC., a Nevada
corporation

                                                      **AFFIDAVIT OF RYAN LEHMANN**

                                Plaintiff,      :

                                against        :

NORTHWAY MINING, INC., a New York              :
Corporation; MICHAEL MARANDA, an individual;
CSX4236 MOTORCYCLE SALVAGE, LLC, a New
York limited liability company; DROR SVORAI, an
individual; MINING POWER GROUP, INC., a
Florida corporation

                               Defendant(s).   :

---------------------------------------------- X

STATE OF NEW YORK    )
                            ) ss.
COUNTY OF KINGS     )

I, Ryan Lehmann, being of lawful age and sound mind, testifies as follows:

1.     I was employed as President ("President") for Northway Mining, Inc. on a part-time basis from June 2018 through August 2018, and then on full time basis through October 2018.

2.     Plaintiffs, Serenity and MinedMap, delivered bitcoin machines to Northway under a Hosting Agreement with Northway.

3.     Plaintiffs also paid $432,000.00 to Northway as a deposit against electrical costs Northway would incur in hosting Plaintiffs bitcoin machines.

4.     Northway did not plug-in Plaintiffs' bitcoin machines.

5.     In addition, to my knowledge, Northway did not use Plaintiffs $432,000.00 deposit for power costs pertaining to Plaintiffs' bitcoin machines.

6.     Instead, to my knowledge, the funds were used for other purposes.



Motion for Replevin

D

7. To my knowledge, Plaintiffs delivered their bitcoin machines solely for the purpose of Northway hosting Plaintiffs' bitcoin machines.

8. To my knowledge, Plaintiff never granted Northway any property interest in their bitcoin machines.

FURTHER, Affiant sayeth not.

_____
RYAN LEHMANN

STATE OF New York
COUNTY OF New York
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 18 DAY OF April, 2019.
BY Ryan Eric Lehmann
NOTARY PUBLIC

## NOTARY PUBLIC

I, the undersigned Notary Public, do hereby attest that the Affiant did appear before me this 18th day of April, 2019, and upon his oath, did affix his signature hereto.

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF New York   )

_____
NOTARY PUBLIC
My commission expires:

GABRIEL ALONZO CAMACHO MOLINA
NOTARY PUBLIC
My Comm. Exp. 03-11-2023
Reg. # 01CA6388811
NEW YORK COUNTY, STATE OF NEW YORK

SEAL