UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X

| | |
|---|---|
| 9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability company, : : : | 1:19-CV-01994-BMC<br><br>ORDER |
| Plaintiffs,   : | |
| against   : | |
| NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, : | |
| Defendants.   : | |

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X

The application of Plaintiffs for an ex parte Emergency Motion for Replevin came before the Court.

The Court finds that Plaintiffs have established the probable validity of their claim to possession of the property as more particularly described in the spreadsheet attached as an exhibit to the Affidavit of Allen Song in Support of Emergency Motion for Writ of Replevin and incorporated in this order by this reference (the "Property").

There is probable cause to believe the bitcoin machines or some part thereof are located at the following private place: 2 Flint Mine Road Coxsackie, New York 12051, which includes unmarked garages and a building and office.

**IT IS ORDERED THAT:**

A. The Clerk of this Court shall issue a writ of possession as provided in CPLR § 7102, pursuant to Federal Rule of Civil Procedure 64, directing the Marshal to seize such Property and retain custody of it as is provided by CPLR § 7102.

B. The writ shall issue immediately.  Within five days of the entry of this order, Plaintiffs shall file a written undertaking, as required by CPLR § 7102(e), in the amount of $1,800,000.

C. The Clerk of this Court shall attach a copy of this order to the writ.

D. The Marshal may enter the following private place to take possession of the Property or some part thereof located at the following private place: the premises at 2 Flint Mine Road Coxsackie, New York 12051, which include unmarked garages and a building and office.  The Marshal may break in or use force to enter the premises at 2 Flint Mine Road Coxsackie, New York 12051 if Defendants do not allow entry.  In addition, representatives of Plaintiffs may accompany the Marshal to identify the bitcoin machines listed in the spreadsheet.

E. Defendants shall transfer possession of the Property described herein to the Plaintiffs.

F. Plaintiffs shall move for an order confirming the order of seizure on notice to Defendants and the Marshal within five days of the seizure of the Property under this order.  If Plaintiffs fail to move for such an order within five days of the seizure of the Property, then this order shall have no further effect and may be vacated upon the motion of Defendants.

G. Plaintiffs shall pay to the United States Marshals Service all fees and expenses required under 28 U.S.C. § 1921 in connection with this order.

NOTICE TO THE DEFENDANTS: Failure to comply with any order of the Court to turn over possession of such Property to Plaintiffs may subject you to being held in contempt of court.

**SO ORDERED**

_____
U.S.D.J.

Dated: Brooklyn, New York
         April 22, 2019