UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ X

| | |
|---|---|
| 9384-2557 Québec Inc., a Canadian corporation;  :<br>MINEDMAP, INC., a Nevada corporation; and<br>SERENITY ALPHA, LLC, a Nevada limited<br>liability company, | 1:19-CV-01994-BMC-RML<br><br>NOTICE OF EMERGENCY<br>MOTION FOR CHANGE OF<br>VENUE |
|       Plaintiff,  : | |
|     against    : | |
| NORTHWAY MINING, LLC, a New York :<br>limited liability company; MICHAEL<br>MARANDA, an individual; MICHAEL<br>CARTER, an individual; CSX4236<br>MOTORCYCLE SALVAGE, LLC, a New York<br>limited liability company; DROR SVORAI, an<br>individual; MINING POWER GROUP, INC., a<br>Florida corporation; HUDSON DATA CENTER,<br>INC, a New York Corporation, | |
|       Defendants. : | |

\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ X

  Pursuant to 28 U.S.C. 1404(a), Plaintiffs file this Emergency Motion for Change of Venue to allow for venue in the District Court for the Northern District of New York. Venue is proper in the District Court for the Northern District of New York because one or more of the Defendants reside within the Northern District and this lawsuit may have also been brought in the District Court for the Northern District of New York. An exigency exists because the U.S. Marshal are scheduled to undertake the acts authorized in this Court's now vacated order for want of

jurisdiction. Plaintiffs intend to have the matter transferred quickly to avoid interruption to the U.S. Marshal's schedule.

[SIGNATURE PAGE FOLLOWS]

April 25, 2019

New York, New York

                                                                                                                                      **RESPECTFULLY SUBMITTED**,

                                                                                                                                      By: <u>/s/ T. Edward Williams, Esq.</u>
T. Edward Williams, Esq.
Williams, LLP as a partnership of
Peyrot & Associates, PC
62 William Street 8th Floor
New York, New York 10005
Tel: 646.650.2785
Direct: 646.650.5139
Email: Edward.williams@peyrotlaw.com
*Attorneys for Plaintiff*