CLOSED,ACO,TransferredOutCase−DoNotDocket

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:19−cv−01994−BMC

Serenity Alpha, LLC et al v. 9384−2557 Quebec, Inc. et al  
Assigned to: Judge Brian M. Cogan  
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 04/07/2019  
Date Terminated: 04/26/2019  
Jury Demand: None  
Nature of Suit: 470 Racketeer/Corrupt Organization  
Jurisdiction: Diversity

**Plaintiff**

**Serenity Alpha, LLC**  
*A Nevada corporation*

represented by **Edward Williams**  
Peyrot & Associates, PC  
NY  
62 William Street  
8th Floor  
New York, NY 10005  
917−287−4740  
Email: edward.williams@peyrotlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MinedMap, Inc.**  
*a Nevada limited liability*

represented by **Edward Williams**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**9384−2557 Quebec Inc.**  
*A Canadian corporation*

represented by **Edward Williams**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Northway Mining, LLC**

**Defendant**

**Michael Maranda**

**Defendant**

**CSX4236 Motorcycle Salvage, LLC**

**Defendant**

**Mining Power Group, Inc.**

**Defendant**

**Hudson Data Center, Inc.**

**Defendant**

**Dror Svorai**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2019 | Ï 1 | Civil Cover Sheet.. by MinedMap, Inc. (Williams, Edward) (Main Document 1 replaced on 4/15/2019) (Davis, Kimberly). (Main Document 1 replaced on 4/15/2019) (Davis, Kimberly). (Entered: 04/12/2019) |
| 04/15/2019 | Ï | NOTICE : Plaintiff Counsel is directed to file the Complaint, Proposed Summon, a COMPLETED (2 Page Form) Civil Cover Sheet, and pay Civil Filing for the following case so that it may be processed (Davis, Kimberly) (Entered: 04/15/2019) |
| 04/15/2019 | Ï 2 | COMPLAINT against All Defendants filing fee $ 400, receipt number BNYEDC–11383959 Was the Disclosure Statement on Civil Cover Sheet completed –Yes,, filed by MinedMap, Inc.. (Williams, Edward) (Entered: 04/15/2019) |
| 04/15/2019 | Ï 3 | Proposed Summons. by MinedMap, Inc. (Williams, Edward) (Entered: 04/15/2019) |
| 04/15/2019 | Ï | Case Assigned to Judge I. Leo Glasser and Magistrate Judge Robert M. Levy. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 04/15/2019) |
| 04/15/2019 | Ï 4 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Davis, Kimberly) (Entered: 04/15/2019) |
| 04/15/2019 | Ï 5 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly) (Entered: 04/15/2019) |
| 04/15/2019 | Ï 6 | Summons Issued as to CSX4236 Motorcycle Salvage, LLC, Dror Svorai, Hudson Data Center, Inc., Michael Maranda, Mining Power Group, Inc., Northway Mining, LLC. (Davis, Kimberly) (Entered: 04/15/2019) |
| 04/17/2019 | Ï 7 | NOTICE by MinedMap, Inc. *of Emergency Motion for Replevin* (Williams, Edward) (Entered: 04/17/2019) |
| 04/18/2019 | Ï 8 | Letter *to The Honorable I. Leo Glasser* by MinedMap, Inc. (Williams, Edward) (Entered: 04/18/2019) |
| 04/18/2019 | Ï | ORDER REASSIGNING CASE. Case reassigned to Judge Nicholas G. Garaufis for all further proceedings. Judge I. Leo Glasser no longer assigned to case Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for |

| | | |
|---|---|---|
| | | providing courtesy copies to judges where their Individual Practices require such.Ordered by Chief Judge Dora Lizette Irizarry on 4/18/2019. (Davis, Kimberly) (Entered: 04/18/2019) |
| 04/18/2019 | Ï 9 | AFFIDAVIT/AFFIRMATION *of Allen Song* by MinedMap, Inc. (Attachments: # 1 Shipping Records, # 2 List of Bitcoin Machines with Serial Numbers) (Williams, Edward) (Entered: 04/18/2019) |
| 04/18/2019 | Ï | ORDER REASSIGNING CASE. Case reassigned to Judge Brian M. Cogan for all further proceedings. Judge Nicholas G. Garaufis no longer assigned to case Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such.Ordered by Chief Judge Dora Lizette Irizarry on 4/18/2019. (Davis, Kimberly) (Entered: 04/18/2019) |
| 04/19/2019 | Ï 10 | MEMORANDUM in Support re 7 Notice(Other) filed by MinedMap, Inc.. (Attachments: # 1 Exhibit Exhibit C: Hosting Agreement, # 2 Affidavit in Support Exhibit D: Affidavit of Ryan Lehmann in Support of Emergency Motion for Replevin, # 3 Proposed Order) (Williams, Edward) (Entered: 04/19/2019) |
| 04/22/2019 | Ï 11 | ORDER for issuance of Writ of Replevin. ( Ordered by Judge Brian M. Cogan on 4/22/2019 ) (Guzzi, Roseann) (Entered: 04/22/2019) |
| 04/24/2019 | Ï | ORDER. The Court's 4/22/2019 Order and the 4/23/2019 writ of replevin are VACATED because the Court does not have jurisdiction to send a marshal to seize property outside of the Eastern District of New York. Ordered by Judge Brian M. Cogan on 4/24/2019. (Weisberg, Peggy) (Entered: 04/24/2019) |
| 04/25/2019 | Ï 13 | NOTICE by MinedMap, Inc. *Notice of Emergency Motion for Change of Venue* (Williams, Edward) (Entered: 04/25/2019) |
| 04/25/2019 | Ï | ORDER granting 13 emergency motion for change of venue (which should have been docketed as a "motion" on ECF, not a "notice"). Plaintiff brought this case in the wrong venue, perhaps not wrong as a technical matter, but in a venue that is useless to it because the assets on which it seeks a prejudgment Order of Seizure are in the Northern District of New York, not this district, and thus they cannot be seized by the U.S. Marshal for the Eastern District of New York. Under these unusual circumstances, and because plaintiff has produced some evidence showing that the assets may be rapidly wasting, the Court grants the motion to transfer to the NDNY as being in the interest of justice under 28 U.S.C. § 1404(a). <br><br> The 7−day waiting period under the Local Rules is waived, but even with that, it may have been faster for plaintiff to take a voluntary dismissal of this action and simply recommence it in NDNY. However, since plaintiff opted to proceed in this manner, the Court grants the motion. Ordered by Judge Brian M. Cogan on 4/25/2019. (Weisberg, Peggy) (Entered: 04/25/2019) |
| 04/26/2019 | Ï | Case transferred to District of Northern District of New York. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** ( Ordered by Judge Brian M. Cogan on 4/25/2019 ) (Guzzi, Roseann) (Entered: 04/26/2019) |