UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ X

| | | |
|---|---|---|
| 9384-2557 Québec Inc., a Canadian corporation; <br> MINEDMAP, INC., a Nevada corporation; and <br> SERENITY ALPHA, LLC, a Nevada limited <br> liability company, | : <br><br> : | 1:19-CV-00501-TJM-CFH <br><br> NOTICE OF APPEARANCE |
| Plaintiff, | : | |
| against | : | |
| NORTHWAY MINING, LLC, a New York <br> limited liability company; MICHAEL <br> MARANDA, an individual; MICHAEL <br> CARTER, an individual; CSX4236 <br> MOTORCYCLE SALVAGE, LLC, a New York <br> limited liability company; DROR SVORAI, an <br> individual; MINING POWER GROUP, INC., a <br> Florida corporation; HUDSON DATA CENTER, <br> INC, a New York Corporation, | : | |
| Defendants. | : | |

\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ X

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**

T. Edward Williams, who is authorized to practice in this Court, appears for Plaintiffs, Serenity Alpha, LLC, MinedMap, Inc., and 9384-2557 Québec, Inc. Please serve all pleadings, papers, and documents on T. Edward Williams, Esq. at the address below.

April 25, 2019
New York, New York

                                                                                                                  **RESPECTFULLY SUBMITTED,**

                                                            By: /s/ T. Edward Williams, Esq.
                                                            T. Edward Williams, Esq.
Williams, LLP as a partnership of
Peyrot & Associates, PC
62 William Street 8th Floor
New York, New York 10005
Tel: 646.650.2785
Direct: 646.650.5139
Email: Edward.williams@peyrotlaw.com
*Attorneys for Plaintiff*