UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ X

| | | |
|---|---|---|
| 9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability company, | : | 1:19-CV-00501-TJM-CFH<br><br>NOTICE OF EMERGENCY MOTION TO ADOPT AND RE-ISSUE APRIL 22, 2019 ORDER |
| Plaintiff, | : | |
| against | : | |
| NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, | : | |
| Defendants. | : | |

\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ X

Plaintiffs, Serenity Alpha, LLC, MinedMap, Inc., and 9384-2557 Québec, Inc. (collectively "Plaintiffs"), seek an Order adopting the Order dated April 22, 2019 entered by the Honorable Brian M. Cogan ("Judge Cogan").

On April 22, 2019, Judge Cogan issued an Order on Plaintiffs' ex parte Emergency Motion for Replevin that allowed Plaintiffs to obtain their bitcoin machines being unlawfully held at 2 Flint Mine Road Coxsackie New York. [ECF. No. 11]. However, on April 24, 2019 Judge Cogan

vacated the April 22, 2019 Order for want of jurisdiction because the bitcoin machines are in Coxsackie, which is in Greene County, New York. Judge Cogan thereafter transferred this case to the Northern District of New York. Plaintiffs now seek the same order from this Court. An exigency exists because Plaintiffs have already contacted the United States Marshal Service and they have scheduled a time next week to assist Plaintiffs in retrieving their bitcoin machines. Plaintiffs have incurred all the necessary expenses in connection with the now vacated Order and want to avoid additional expenses and rescheduling with the U.S. Marshal Service.

April 26, 2019
New York, New York

                                                                                                          **RESPECTFULLY SUBMITTED,**

By: /s/ T. Edward Williams, Esq.
T. Edward Williams, Esq.
Williams, LLP as a partnership of
Peyrot & Associates, PC
62 William Street 8th Floor
New York, New York 10005
Tel: 646.650.2785
Direct: 646.650.5139
Email: Edward.williams@peyrotlaw.com
*Attorneys for Plaintiff*