UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ X

| | | |
|---|---|---|
| 9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability company, | : | 1:19-CV-00501-TJM-CFH<br><br>MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION TO ADOPT AND RE-ISSUE APRIL 22, 2019 ORDER |
| Plaintiff, | : | |
| against | : | |
| NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, | : | |
| Defendants. | : | |

\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ X

Plaintiffs, Serenity Alpha, LLC, MinedMap, Inc., and 9384-2557 Québec, Inc. (collectively "Plaintiffs"), seek an Order adopting the Order dated April 22, 2019, and, in support thereof, states as follows:

On April 22, 2019, Judge Cogan issued an Order on Plaintiffs' ex parte Emergency Motion for Replevin. The April 22, 2019, Order allowed Plaintiffs to obtain their bitcoin machines that are being unlawfully held at 2 Flint Mine Road Coxsackie New York. [ECF. No. 11]. On April

24, 2019, Judge Cogan vacated the April 22, 2019 Order for want of jurisdiction because the bitcoin machines are outside of the jurisdiction of the Eastern District. Judge Cogan thereafter transferred this case to this Court.

Plaintiffs now requests that this Court adopt and re-issue the April 22, 2019 Order. This Court has the authority Judge Cogan lacked to issue the April 22, 2019 Order, and it need not reinvent what was previously done. *See, e.g., Van Dusen v. Barrack*, 84 S. Ct. 805, 821 (1964) ("A change of venue under Section 1404(a) generally should be . . . but a change of courtrooms.").

An exigency exists because the United States Marshal Service ("U.S. Marshal") have been contacted, and it is prepared to appear at the property where Plaintiffs' bitcoin machines are being illegally held as early as Wednesday, May 1, 2019. In addition, Plaintiffs have incurred the necessary expenses in connection with the now vacated Order and want to avoid additional expenses and rescheduling with the U.S. Marshal Service.

April 29, 2019
New York, New York

RESPECTFULLY SUBMITTED,

By: /s/ T. Edward Williams, Esq.
T. Edward Williams, Esq.
Williams, LLP as a partnership of
Peyrot & Associates, PC
62 William Street 8th Floor
New York, New York 10005
Tel: 646.650.2785
Direct: 646.650.5139
Email: Edward.williams@peyrotlaw.com
*Attorneys for Plaintiff*