UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

9384-2557 QUEBEC, INC., a Canadian corporation; MINEDMAP, INC. a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability company

                  Plaintiff,

v.

NORTHWAY MINING LLC, a New York limited liability company, et al.,

                  Defendants.

1:19-cv-501
(TJM/CFH)

WRIT OF REPLEVIN

THE PRESIDENT OF THE UNITED STATES OF AMERICA, to the Marshal of the Northern District of the state of New York, Greeting:

MinedMap, Inc. a Nevada Corporation; and Serenity Alpha, LLC, a Nevada limited liability company, plaintiffs in the above-entitled action, have:

    A.    Moved the court for a writ of replevin to recover the property named to belong to plaintiff and to be wrongfully detained by Northway Mining, LLC, a New York limited liability company; Michael Maranda, an individual, Michael Carter, an individual, CSX4236 Motorcycle Salvage, LLC, a New York limited liability company Dror Svorai, an individual; Mining Power Group, Inc. a Florida corporation; and Hudson Data Center, Inc, a New York corporation, defendants in the above-entitled action; and

    B.    Filed their affidavits of Allen Song and Ryan Lehmann in support of the claim, and will file a written undertaking in this proceeding in the amount of $1.8 million dollars as required by CPLR 7102(e) as directed by the Court in its April 29, 2019 Order.

It appears to this court that plaintiff is entitled to the immediate possession of the property wrongfully detained by defendant; now, therefore,

YOU ARE COMMANDED:

    1.    To serve a copy of this writ of replevin on the defendants; and

    2.    To take possession of the following-described property now in the possession of the defendants as more fully described in the spreadsheet attached hereto, located at 2 Flint Mine Road, Coxsackie, New York

12051, County of Greene, State of New York and deliver the property to plaintiff.

April 29, 2019
Syracuse, New York

John Domurad, Clerk of Court

s/ Rose Pieklik
Deputy Clerk