UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

------------------------ X
---

| | | |
|---|---|---|
| 9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability company, | : | 1:19-CV-00501-TJM-CFH<br><br>**WRITTEN UNDERTAKING** |
| Plaintiff, | : | |
| against | : | |
| NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, | : | |
| Defendants. | : | |

------------------------- X
---

WHEREAS, Serenity Alpha, LLC and MinedMap, Inc., the plaintiffs herein, have made an affidavit, sworn to on the March 6, 2019, wherein Allen Song claims possession of a certain described chattel valued at the sum of $900,000.00, which chattel he states is wrongfully held by Michael Maranda, Northway Mining, LLC, Michael Carter, CSX4236 Motorcycle Salvage, LLC, Mining Power Group, Inc., and Hudson Data Center, the defendants herein,

NOW, THEREFORE, we the undersigned, Serenity Alpha and MinedMap, Inc., headquartered at a business address at 7848 West Sahara, Las Vegas, Nevada 89117, do hereby undertake and become bound in the sum of $1.8 million dollars for the return of the chattel to any person to whom possession is awarded by the judgment, and for the payment of any sum awarded by the judgment against Serenity Alpha, LLC and MinedMap, Inc., the plaintiffs, herein.

Dated: April 22, 2019

_____
Allen Song, CFO, Serenity Alpha and MinedMap, Inc.

April 29, 2019
New York, New York

                                                                                                                              **RESPECTFULLY SUBMITTED,**

                                                                                                                             By: <u>/s/ T. Edward Williams, Esq.</u>
T. Edward Williams, Esq.
Williams, LLP as a partnership of
Peyrot & Associates, PC
62 William Street 8th Floor
New York, New York 10005
Tel: 646.650.2785
Direct: 646.650.5139
Email: Edward.williams@peyrotlaw.com
*Attorneys for Plaintiff*