UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
───────────────────────────────
9384-2557 QUEBEC, INC., a Canadian corporation; MINEDMAP, INC. a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability company

                Plaintiff,

      v.

NORTHWAY MINING LLC, a New York limited liability company, et al.,

                Defendants.
───────────────────────────────

1:19-cv-501
(TJM/CFH)

AMENDED WRIT OF REPLEVIN

THE PRESIDENT OF THE UNITED STATES OF AMERICA, to the Marshal of the Northern District of the state of New York, Greeting:

MinedMap, Inc. a Nevada Corporation; and Serenity Alpha, LLC, a Nevada limited liability company, plaintiffs in the above-entitled action, have:

    A.    Moved the court for a writ of replevin to recover the property named to belong to plaintiff and to be wrongfully detained by Northway Mining, LLC, a New York limited liability company; Michael Maranda, an individual, Michael Carter, an individual, CSX4236 Motorcycle Salvage, LLC, a New York limited liability company Dror Svorai, an individual; Mining Power Group, Inc. a Florida corporation; and Hudson Data Center, Inc, a New York corporation, defendants in the above-entitled action; and

    B.    Filed their affidavits of Allen Song and Ryan Lehmann in support of the claim, and will file a written undertaking in this proceeding in the amount of $1.8 million dollars as required by CPLR 7102(e) as directed by the Court in its April 29, 2019 Order.

It appears to this court that plaintiff is entitled to the immediate possession of the property wrongfully detained by defendant; now, therefore,

YOU ARE COMMANDED:

    1.    To serve a copy of this writ of replevin on the defendants; and

    2.    To take possession of the following-described property now in the possession of the defendants as more fully described in the spreadsheet attached hereto, located at 2 Flint Mine Road, Coxsackie, New York

        12051, County of Greene, State of New York and deliver the property to plaintiff.

3. The Marshal may enter the following private place to take possession of the Property or some part thereof located at the following private place: the premises at 2 Flint Mine Road Coxsackie, New York 12051, which include unmarked garages and a building and office. The Marshal may break in or use force to enter the premises at 2 Flint Mine Road Coxsackie, New York 12051 if Defendants do not allow entry. In addition, representatives of Plaintiffs may accompany the Marshal to identify the bitcoin machines listed in the spreadsheet.

May 1, 2019
Syracuse, New York

                                      John Domurad, Clerk of Court

                                      s/ Rose Pieklik
                                        Deputy Clerk