UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

---------------------------------- X

| | |
|---|---|
| 9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability company, | 1:19-CV-00501-TJM-CFH <br><br> NOTICE OF CHANGE OF ADDRESS AND LAW FIRM |
|                 Plaintiff, | |
|              against | |
| NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, | |
|                 Defendants. | |

---------------------------------- X

**PLEAES TAKE NOTICE** that address and law firm at which T. Edward Williams, Esq. is to receive notices and the service of papers in these proceedings on behalf of the Plaintiffs has changed.  The undated law firm and address is as follows:

> T. Edward Williams, Esq.
> Williams, LLP
> 7 World Trade Center
> 250 Greenwich Street, Suite 4629
> New York, New York 10007
> Tel/Fax: 212.634.9106
> Email: edward.williams@wmsintl.com

August 21, 2019
New York, New York

                                                                                  **RESPECTFULLY SUBMITTED,**

                                                                                  **WILLIAMS, LLP**

                                                                                   By: <u>/s/ T. Edward Williams, Esq.</u>
                                                                                    T. Edward Williams, Esq.
                                                                                   Williams, LLP
                                                                                   7 World Trade Center
                                                                                  250 Greenwich Street, Suite 4629
                                                                                  New York, New York 10007
                                                                                   Tel/Fax: 212.634.9106
                                                                                  Email: edward.williams@wmsintl.com