# WILLIAMS LLP

NEW YORK | COLORADO
TELEPHONE: 212.634.9106
FACSIMILE:   212.634.9106
WWW.WMSINTL.COM

7 WORLD TRADE CENTER
250 GREENWICH STREET, 46TH FLOOR
NEW YORK, NY 10007

September 4, 2019

**VIA ECF**
Honorable Thomas J. McAvoy
District Court for the Northern District of New York
Federal Building & U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

**RE:   Serenity Alpha LLC et. al. v. Northway Mining LLC et. al. Case No. 19-CV-00501** (Plaintiffs' Letter Motion for Telephonic Hearing)

Dear Judge McAvoy:

I represent the Plaintiffs, Serenity Alpha, LLC et. al. ("Serenity"), in the above-captioned matter pending before this Court.

On July 31, 2019, this Court held a status conference before Magistrate Judge Hummel. During that conference, I intimated to Judge Hummel that I would seek a certain relief from the Court but that I wanted to seek such a relief after a discussion with the Court. Since July 31, 2019, I have called this Court and left at least 4 messages for the Honorable Judge McAvoy's chambers, but my calls have not been returned as of the writing of this Letter Motion.

By this letter, I respectfully request a telephonic hearing before the Honorable Judge McAvoy to resolve issues raised during the status conference with Magistrate Judge Hummel during the July 31, 2019, Status Conference.

Sincerely,

*[signature]*

T. Edward Williams, Esq.