UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――― X

9384-2557 Québec Inc., a Canadian corporation;  :
MINEDMAP, INC., a Nevada corporation; and
SERENITY ALPHA, LLC, a Nevada limited
liability company,

                    Plaintiff,    :

                  against    :

NORTHWAY MINING, LLC, a New York  :
limited liability company; MICHAEL
MARANDA, an individual; MICHAEL
CARTER, an individual; CSX4236
MOTORCYCLE SALVAGE, LLC, a New York
limited liability company; DROR SVORAI, an
individual; MINING POWER GROUP, INC., a
Florida corporation; HUDSON DATA CENTER,
INC, a New York Corporation,

                  Defendants.   :

―――――――――――――――――――――――――― X

1:19-CV-00501-TJM-CFH

**PLAITNIFF'S STATUS UPDATE**

      As explained to the Court previously, Plaintiff have been working with law enforcement for the past six months regarding their claims.  That process has been completed and Plaintiff are prepared to proceed with this litigation.  Plaintiff will file a series of Motions within the next few days to move this matter forward.

January 30, 2020.
New York, New York

RESPECTFULLY SUBMITTED,

WILLIAMS, LLP

By: /s/ T. Edward Williams, Esq.
T. Edward Williams, Esq.
Williams, LLP
7 World Trade Center
250 Greenwich Street, 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Email: edward.williams@wmsintl.com