# WILLIAMS LLP

NEW YORK | COLORADO
TELEPHONE: 212.634.9106
FACSIMILE:   212.634.9106
WWW.WMSINTL.COM

7 WORLD TRADE CENTER
250 GREENWICH STREET, 46TH FLOOR
NEW YORK, NY 10007

March 12, 2020

<u>VIA ECF</u>
The Honorable Thomas McAvoy
United States District Court
Northern District of New York
15 Henry Street
Binghamton, NY 13901

**RE: Serenity Alpha LLC et. al. v. Northway Mining LLC et. al., Case No. 19cv00501,** *Letter Motion for Issuance of New Summons to existing and new Defendants*

Dear Judge McAvoy:

Plaintiffs have added new Defendants to this lawsuit based on recent the discovery that funds and assets belonging to Plaintiffs have been transferred to the recently added Defendants to evade or prevent later collection by Plaintiff. Plaintiffs seek to issue new summonses on the new Defendants, Coinmint, LLC, Michael Maranda, LLC, and Porter King Hill Contracting, LLC. Also, because the previous summonses served on the existing Defendants were issued by the District Court for the Eastern District of New York, Plaintiffs seek to issue summonses from this Court on the existing Defendants as a prophylactic measure. All summonses for issuance are attached hereto as **Exhibit A**.[1]

Sincerely,

T. Edward Williams, Esq.

---

[1] The undersigned is submitting this letter based on conversations with the Clerk's Office on March 11, 2020.