AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| 9384-2557 Quebec Inc., a Canadian Corporation; MinedMap, Inc, a Nevada Corporation; and Serenity Alpha, LLC, a Nevada limited liability company <br><br> *Plaintiff(s)* <br> v. <br> Northway Mining, LLC, a New York limited liability company; Michael Maranda, an individual; Michael Carter, an individaul; CSX4236 Motorcycle Salvage, LLC, a New York limited liability compnay et. al.; <br><br> *Defendant(s)* | Civil Action No. 19CV00501-TJM-CFH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Carter
C/O John Hardwick, Esq.
Rosemary W. McKenna
28 2nd Street
Troy, New York 12180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

T. Edward Williams, Esq.
Williams LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Edward.williams@wmsintl.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Clerk of Court*

Date: 3/16/2016

s/ Kimberly Pikarsky

*Signature of Clerk or Deputy Clerk*