UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Index Number: 1:19-cv-00501-TJM-CFH
Date Filed: 3/12/2020
Court Date:

9384-2557 Quebec inc. a Canadian Corporation et al

*Plaintiff*

vs

Northway Mining LLC a New York Limited liability company et al

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

Kevin Miller , being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **3/27/2020**, at **3:30 PM** at **38 Oaklawn Avenue, Farmingville, NY 11738**, Deponent served the within **Summons and Amended Complaint** ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Michael Maranda LLC** , Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **LORI MARANDA** said individual to be who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity. A description of LORI MARANDA is as follows:

**Sex**: Female   **Color of skin**: White   **Color of hair:** Black   **Age**: 30
**Height**: 5ft0in-5ft3in   **Weight**: 100-130 Lbs.   **Other** :

Sworn to before me on March 30, 2020

_____
WILLIAM MLOTOK
NOTARY PUBLIC STATE OF New York
01ML5045548  Qualified in Nassau County
June 19, 2023 Commission Expires

Client's File No.: 2009636

Process Server, Please Sign
Kevin Miller
Lic# N/A
Job #: 2009055

*ALEXANDER POOLE & COMPANY, INC.*