# WILLIAMS LLP

**New York | Colorado**
7 World Trade Center
250 Greenwich Street, 46th Floor
New York, NY 10007
**T:** 212.634.9106
**F:** 212.202.6228
**W:** www.wmsintl.com

April 9, 2020

<u>VIA ECF</u>
The Honorable Thomas McAvoy
United States District Court
Northern District of New York
15 Henry Street
Binghamton, NY 13901

    **RE:**    **Serenity Alpha LLC et. al. v. Northway Mining LLC et. al., Case No. 19cv00501,**
            *Letter Motion Regarding Waiver of Service*

Dear Judge McAvoy:

Defendants, Michael Maranda, Hudson Data Center, Inc. Michael Maranda, LLC, and Northway Mining, LLC, were all served on March 27, 2020. Prior to obtaining personal service on these defendants, Plaintiffs held telephone discussions with John Harwick, Esq., who stated he would represent these (and possibly other) defendants, if defendants satisfied certain conditions to retain him. Plaintiffs agreed that if Mr. Harwick formally appeared in this matter, Plaintiffs would execute a waiver of service with the Defendants. Mr. Harwick has not appeared, and based on recent conversations with Mr. Harwick, he does not intend to appear soon. Consequently, Plaintiffs did not enter into an agreement to waive service on Defendants. Defendant, Michael Maranda, filed a Waiver of Service (ECF. No. 35) with this Court, but that Waiver of Service is false and constitutes an attempt to defraud this Court.

As indicated above, Mr. Maranda and other Defendants have been personally served. An answer or responsive pleading is due on April 17, 2020. Plaintiffs will seek default against the served Defendants on April 18, 2020, if no answer is filed.

Sincerely,

T. Edward Williams, Esq.

**With Copy To**:
Plaintiffs

1

## CERTIFICATE OF SERVICE

I hereby certify that on this **9th Day of April 2020**, I served the foregoing **LETTER MOTION REGARDING WAIVER OF SERVICE** on the following individuals:

John Harwick, Esq.
E. Stewart Jones Hacker Murphy LLP
28 2nd Street
Troy, New York 12180
Email: Jharwick@joneshacker.com

Michael Maranda
Michael Maranda, LLC
Hudson Data Center, Inc.
Northway Mining, LLC
Lori S. Thompson-Maranda
Lori S. Thompson-Maranda LCSW PLLC
38 Oaklawn Avenue
Farmingville, NY 11738
Email: Michael@northwaymining.com