AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| 9384-2557 QUEBEC, INC., ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-CV-00501-TJM-CFH |
| MICHAEL MARANDA, ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICHAEL MARANDA, MICHAEL MARANDA, LLC, NORTHWAY MINING, LLC, HUDSON DATA CENTER.

Date:  04/15/2020

s/ John F. Harwck, Esq.
*Attorney's signature*

JOHN F. HARWICK, ESQ. BAR ROLL# 508156
*Printed name and bar number*

E. STEWART JONES HACKER MURPHY LLP
28 SECOND STREET
TROY, NEW YORK 12180
*Address*

JHARWICK@JONESHACKER.COM
*E-mail address*

(518) 213-0113
*Telephone number*

(518) 274-5875
*FAX number*

[Print]   [Save As...]   [Reset]