UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
9384-2557 QUEBEC INC., a Canadian Corporation;
MINEDMAP, INC., a Nevada Corporation; and
SERENITY ALPHA, LLC, a Nevada limited liability,

                          Plaintiffs,

   -against-

NORTHWAYMINING, LLC, a New York
Limited liability Company; MICHAEL MARANDA, an
Individual; MICHAEL CARTER, an individual; CSX4236
MOTORCYCLE SALVAGE, LLC, a New York limited
liability company; DROR SVORAI, an individual; MINING
POWER GROUP, INC., a Florida corporation; HUDSON
DATA CENTER, INC., a New York corporation, MICHAEL
MARANDA, LLC, a New York limited liability company;
PORTER KING HILL CONTRACTING, LLC, a New York
Limited liability company; COINMINT, LLC, a Delaware
Limited liability company,
                         Defendants.
-----------------------------------------------------------------------x

**STIPULATION TO EXTEND TIME TO ANSWER**

Case No.  1:19-cv-00501-TJM-CFH

The parties to the above-captioned action, by their undersigned attorneys, hereby stipulate and agree to extend the defendants' time to answer or otherwise respond to the complaint until May 25, 2020.  The defendants Michael Maranda, Michael Maranda, LLC, Northway Mining, LLC and Hudson Data Center, Inc. waive any defenses based upon service of process pursuant to CPLR §320 (b).

DATED:      April 15, 2020

                                            *s/ John F. Harwick, Esq.*
                                            JOHN F. HARWICK, ESQ.
                                            *Attorneys for Defendants Michael Maranda,*
                                            *Michael Maranda, LLC, Northway Mining, LLC*
                                            *and Hudson Data Center, Inc.*
                                            E. STEWART JONES HACKER MURPHY, LLP
                                            28 Second Street
                                            Troy, New York   12180
                                            Tel. No.:  (518) 213-0113
                                            jharwick@joneshacker.com

*s/ T. Edward Williams, Esq.*
T. EDWARD WILLIAMS, ESQ.
*Attorneys for Plaintiffs*
WILLIAMS, LLC
7 World Trade Center
250 Greenwich Street, 46th FL.
New York, New York 10007
Tel. No.: (212) 634-9106
Edward.williams@wmsintl.com