UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
9384-2557 QUEBEC INC., a Canadian Corporation;
MINEDMAP, INC., a Nevada Corporation; and
SERENITY ALPHA, LLC, a Nevada limited liability,

                             Plaintiffs,

-against-

NORTHWAYMINING, LLC, a New York
Limited liability Company; MICHAEL MARANDA, an
Individual; MICHAEL CARTER, an individual; CSX4236
MOTORCYCLE SALVAGE, LLC, a New York limited
liability company; DROR SVORAI, an individual; MINING
POWER GROUP, INC., a Florida corporation; HUDSON
DATA CENTER, INC., a New York corporation, MICHAEL
MARANDA, LLC, a New York limited liability company;
PORTER KING HILL CONTRACTING, LLC, a New York
Limited liability company; COINMINT, LLC, a Delaware
Limited liability company,
                             Defendants.
-------------------------------------------------------------------x

**AMENDED STIPULATION TO EXTEND TIME TO ANSWER OR MOVE**

Case No. 1:19-cv-00501-TJM-CFH

The defendants Michael Maranda, Michael Maranda, LLC, Northway Mining, LLC and Hudson Data Center, Inc. hereby appear herein via their undersigned counsel, who has filed a separate notice of appearance, and they waive any defenses based upon service of process or jurisdiction.

The plaintiffs and parties herein, by their undersigned attorneys, hereby stipulate and agree to extend the defendants' time to answer or otherwise move in response to the complaint until May 25, 2020.

DATED:     April 17, 2020

                                                    *s/ John F. Harwick, Esq.*
JOHN F. HARWICK, ESQ. Bar Roll : 508156
*Attorneys for Defendants Michael Maranda, Michael Maranda, LLC, Northway Mining, LLC and Hudson Data Center, Inc.*
E. STEWART JONES HACKER MURPHY LLP
28 Second Street
Troy, New York   12180
Tel. No.: (518) 213-0113
jharwick@joneshacker.com


                                                    *s/ T. Edward Williams, Esq.*
T. EDWARD WILLIAMS, ESQ.
*Attorneys for Plaintiffs*
WILLIAMS LLP
7 World Trade Center
250 Greenwich Street, 46th FL.
New York, New York 10007
Tel. No.: (212) 634-9106
Edward.williams@wmsintl.com