UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals,

                        Plaintiffs,

-against-

NORTHWAY MINING, LLC, *et. al.*,

                        Defendants.

**NOTICE OF APPEARANCE**

Civ. Action No.: 1:19-CV-00501-TJM-CFH

**PLEASE TAKE NOTICE**, that the undersigned, Benjamin F. Neidl, hereby appears in this action as one of the attorneys for defendants Northway Mining LLC, Michael Maranda, Michael Maranda LLC and Hudson Data Center Inc.

Dated:  Troy, New York
        April 17, 2020

                        Respectfully submitted,

                        E. STEWART JONES HACKER MURPHY LLP

                        By: Benjamin F. Neidl
                        *Attorneys for defendants Northway Mining LLC,*
                        *Michael Maranda, Michael Maranda LLC and*
                        *Hudson Data Center Inc.*
                        28 Second Street
                        Troy, N.Y.  12180
                        (518)274-5820
                        Email: Bneidl@joneshacker.com