

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820
FAX: (518) 274-5875

7 AIRPORT PARK BOULEVARD
LATHAM, NY 12110
PHONE: (518) 783-3843
FAX: (518) 783-8101

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

www.joneshacker.com

PLEASE REPLY TO THE
TROY OFFICE

April 17, 2020

**VIA ECF FILING**
Hon. Christian F. Hummel
United States Northern District Court

    Re:    Serentity Alpha, et al. v. Michael Maranda, et al.
           Case No.:    1:19-cv-00501-TJM-CFH
           Our File No.:  8461.002

Dear Magistrate Hummel,

Please be advised that this firm represents the defendants, Michael Maranda, Michael Maranda, LLC, Northway mining, LLC and Hudson Data Center, Inc. in the above referenced case.

I have filed a Notice of Appearance and would like to participate in the conference currently scheduled for Monday, April 20, 2020.

Kindly provide me with the call-in information.

Respectfully submitted,

E. STEWART JONES HACKER MURPHY, LLP

*s/ John F. Harwick, Esq./dmd*
John F. Harwick
jharwick@joneshacker.com
Direct Dial: (518) 213-0113

JFH:dmd

cc:    T. Edwards Williams, Esq.