UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

---------------------------- X

9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals :  1:19-CV-00501-TJM-CFH

**NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT**

              Plaintiff, :

              against :  **(ECF Case)**

NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, a New York limited liability company; CoinMint, LLC, a Delaware limited liability company; OSWEGO DATA LLC, a New York Limited Liability Company; LORI S. THOMPSON, LCSW, PLLC, a professional limited liability corporation; LORI SHANNON THOMPSON, an individual, ANTHONY PORTER, an individual; CHRISTINE MARANDA, an individual; ROSEANN MARANDA; an individual; DOUGLAS MARANDA, an individual, and DONALD D'AVANZO, an individual :

              Defendants. :

---------------------------- X

Pursuant to Rules 15(a)(2) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(4), Plaintiffs move to amend their Original Complaint to additional claims and additional parties.  Specifically, Plaintiff moves to add a claim for aiding and abetting fraud (Count IX), a claim for accounting (Count X), and a claim for civil theft (Count XI).  Plaintiffs also moves to add putative Defendants, Porter King Hill Contracting LLC, Oswego Data LLC, Lori Shannon Thompson-Maranda, Lori S. Thompson LCSW, PLLC, Anthony Porter, Christine Maranda, Douglas Maranda, and Donald D'Avanzo.

In compliance with Local Rule 7.1(b)(2), Plaintiffs state that this Court held a telephonic conference on April 20, 2020, at which the parties discussed Plaintiffs' Motion for Leave to Amend their Complaint.

Dated as of April 30, 2020.
New York, New York

**RESPECTFULLY SUBMITTED**,

*/s/ T. Edward Williams, Esq.*
T. Edward Williams, Esq. Bar No. 5634738
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward.williams@wmsintl.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April 2020, this **NOTICE OF MOTION FOR LEAVE TO AMEND PLAINTIFFS' COMPLAINT** was served on the following individuals:

John Harwick, Esq. *via ECF*
*Counsel for Maranda Defendants*