UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals, | **DECLARATION OF DEFENDANT MICHAEL MARANDA IN SUPPORT OF MOTION TO DISMISS** |
| Plaintiffs, | |
| -against- | |
| NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, COINMINT, LLC, a Delaware limited liability company, | Pursuant to 28 U.S.C. §1746  Civ. Action No.: 1:19-CV-00501-TJM-CFH |
| Defendants. | |

I, **MICHAEL MARANDA**, declare under penalty of perjury that the foregoing is true and accurate:

1.	I am one of the defendants in this lawsuit.  I am also the Chief Executive Officer of defendant Northway Mining LLC.  I make this declaration in support of the motion to dismiss by myself, Northway Mining LLC, Michael Maranda LLC and Hudson Data Center, Inc.  This declaration is based upon my personal knowledge.

2.	Annexed to this declaration as **Exhibit A** is a true and accurate copy of the Mining Hosting Contract that Northway Mining LLC and plaintiff 9384-2557 Québec Inc. entered into in 2018.  The contract was executed (signed) by both parties at page 6.

1

      3.      Annexed to this declaration as **Exhibit B** is a true and accurate copy of the Mining Hosting Contract that Northway Mining LLC and Serenity Alpha LLC entered into in 2018. The contract was executed (signed) by both parties at page 6.

      4.      I respectfully note that the "Governing Law" section of both contracts (on page 6) provides, in part: "Any and all proceedings which may arise among the Parties regarding this Agreement shall be held in Greene County, New York."

Executed on May 6th, 2020

_____

                                            Michael Maranda