AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19CV00501-TJM-CFH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MICHAEL CARTER was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* EDWARD CARTER , a person of suitable age and discretion who resides there, on *(date)* Thu, May 21 2020 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $75.00 .

I declare under penalty of perjury that this information is true.

Date: 5/21/2020

*Server's signature*

Richard Zicari

*Printed name and title*

Rochester, NY

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 21, 2020, 2:21 pm EDT at Home: 37 Dorset St, Rochester, NY 14609 received by EDWARD CARTER. Age: 47; Gender: Male; Weight: 165; Height: 5'7"; Hair: Bald; Relationship: Father; Other: Light skinned and glasses. Tattoos on arms.;