## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF NEW YORK

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     X

9384-2557 Québec Inc., a Canadian
corporation; MINEDMAP, INC., a Nevada
corporation; and SERENITY ALPHA, LLC, a
Nevada limited liability, and other similarly
situated individuals

                            Plaintiff,

 

                            against

NORTHWAY MINING, LLC, a New York limited
liability company; MICHAEL MARANDA, an
individual; MICHAEL CARTER, an individual;
CSX4236 MOTORCYCLE SALVAGE, LLC, a New
York limited liability company; DROR SVORAI,
an individual; MINING POWER GROUP, INC., a
Florida corporation; HUDSON DATA CENTER,
INC, a New York Corporation, MICHAEL
MARANDA, LLC, a New York Limited liability
company; PORTER KING HILL CONTRACTING,
LLC,  a New York limited liability company;
COINMINT, LLC, a Delaware    limited liability
company; OSWEGO DATA LLC, a New York
Limited Liability Company; LORI S. THOMPSON,
LCSW, PLLC, a professional limited liability
corporation; LORI S. THOMPSON, an individual,
ANTHONY PORTER, an individual; and DONALD
D'AVANZO, an individual

                            Defendants.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     X

:

:

 

:

:

:

:

:

 

:

:

1:19-CV-00501-TJM-CFH

**NOTICE RE: JUNE 8, 2020
HEARING**

**(ECF Case)**

      Plaintiffs, MinedMap et. al., through counsel, T. Edward Williams, Esq., files this Notice

Regarding the June 8, 2020 Hearing:

1.     Defendants scheduled a hearing on their Motion to Dismiss for June 8, 2020. Because Plaintiffs' Motion to Dismiss is based, in part, on the enforceability of a forum selection clause, Defendants seek to enter evidence that the agreements Defendants seek to provide are fraudulent, did not form the basis this lawsuit, and are being inserted into this lawsuit by Defendants and their counsel for the sole purpose of delaying this proceeding.  To provide the foregoing evidence, Plaintiffs will call Craig Delsack, Esq., Québec, Inc.'s transactional attorney, Jason Girosan, Québec's CEO, and Allen Song, MinedMap and Serenity's CFO.  The following witnesses will appear via telephone or by other electronic means.

2.     In addition, given the emergency orders which were recently extended to June 13, 2020, the undersigned who lives and practices in New York City cannot take the train upstate, and so, seeks to appear via telephone, via Zoom, via Cisco Webex, or via any other medium available to the Court.  *See, e.g.*, Executive Order [Cuomo] No. 202.31; *see also*, Gen. Ord. 61. If this Court cannot allow appearance by telephone then, as a prophylactic measure, the undersigned will submit a motion, consistent with this Court's Standing Order, to move the scheduled hearing beyond June 13, 2020 to allow for an in-person appearance.

Dated this 4th day of June 2020.
New York, New York

**RESPECTFULLY SUBMITTED**,

*/s/ T. Edward Williams, Esq.*
T. Edward Williams, Esq. Bar No. 5634738
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward.williams@wmsintl.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June 2020, this **NOTICE RE: JUNE 8, 2020** was served on the following individuals:

John Harwick, Esq. *via ECF*
*Counsel for Maranda Defendants*