# T. Edward Williams

| | |
|---|---|
| From: | T. Edward Williams |
| Sent: | Thursday, June 4, 2020 10:34 PM |
| To: | John Harwick |
| Cc: | Ben Neidl |
| Subject: | RE: Conferring on Nondispositive Motion |

John:

I cannot do 1:00 but I can do 2:10. I have a Webex Hearing that (should end at 2:00). Would that time work for you guys?

Regards,

T. Edward Williams, Esq., Partner
Williams, LLP | 7 World Trade Center
250 Greenwich Street, 46th FL.
New York | New York 10007 | E-mail: Edward.williams@wmsintl.com
Tel: 212-634-9106 | Work Mobile: 917-287-4740 | Website: wmsintl.com

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email or email admin@wmsintl.com and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

From: John Harwick <jharwick@joneshacker.com>
Sent: Thursday, June 4, 2020 8:04 PM
To: T. Edward Williams <edward.williams@wmsintl.com>
Cc: Ben Neidl <bneidl@joneshacker.com>
Subject: Re: Conferring on Nondispositive Motion

Please set up a phone call before 1 o'clock tomorrow to confer. I would like to have Ben also on the call.

John F. Harwick, Esq.
E. Stewart Jones Hacker Murphy LLP
28 Second Street
Troy, NY 12180


Office:   (518)274-5820
Fax:      (518)274-5875

Cell:     (518)281-8150

www.joneshacker.com


On Jun 4, 2020, at 7:41 PM, T. Edward Williams <edward.williams@wmsintl.com> wrote:

Counsel:

I am conferring on the two motions. The first will be made under Rule 26(d) of the Federal Rules of Civil Procedure.  Plaintiffs are seeking early discovery to prevent the continue loss of their property.

Second, I am conferring on a motion to disgorge all funds paid to your law firm dating back to 2018.  Those funds have all been stolen funds since your client has not had any other income than monies stolen from my clients and others.

Please let me know if you oppose. If you wish to engage in further discussions, please let me know. I am aiming to have the motion filed by Monday.  The starting point for the second motion is the US Supreme Court's decision in *Caplan & Drysdale v. United States*, 491 U.S. 617 (1989).

Regards,

**T. Edward Williams, Esq., Partner**
Williams, LLP | 7 World Trade Center
250 Greenwich Street, 46th FL.
New York | New York 10007 | E-mail: Edward.williams@wmsintl.com
Tel: 212-634-9106 | Work Mobile: 917-287-4740 | Website: wmsintl.com


**CONFIDENTIALITY NOTICE:**

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email or email admin@wmsintl.com and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.