UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

---------------------------------- X

9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals : 1:19-CV-00501-TJM-CFH

**NOTICE OF PARTIAL WITHDRAWAL OF PLAINTIFFS' MOTION TO EFFECT SERVICE BY PUBLICATION ON DEFENDANTS MICHAEL CARTER, DROR SVORAI AND MINING POWER GROUP, INC.**

                      Plaintiff,    :

                      against      : **(ECF Case)**

NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, a New York limited liability company; Coinmint, LLC, a Delaware limited liability company; OSWEGO DATA LLC, a New York Limited Liability Company; LORI S. THOMPSON, LCSW, PLLC, a professional limited liability corporation; LORI S. THOMPSON, an individual, ANTHONY PORTER, an individual; and DONALD D'AVANZO, an individual :

                    Defendants.  :

---------------------------------- X

Plaintiffs, MinedMap et. al., through counsel, T. Edward Williams, Esq., withdraws, ***without prejudice***, their Motion to Effect Service by Publication as against Defendant, Michael Carter, because, as of June 10, 2020, Defendant, Michael Carter, is represented by John F. Harwick, Esq. and Benjamin F. Neidl, Esq., and Mr. Neidl emailed the undersigned and represented that Michael Carter will waive service. *See* Email from Benjamin F. Neidl, *Motion for Service by Publication* (June 10, 2020, 1:53 PM EDT), annexed hereto as **Exhibit A**. Further, on June 11, 2020, Benjamin F. Neidl, Esq., executed a Waiver of Service on behalf of Defendant Michael Carter. The Waiver of Service is being filed as a separate event.

Dated this 11th day of June 2020.
New York, New York

**RESPECTFULLY SUBMITTED**,

*/s/ T. Edward Williams, Esq.*
T. Edward Williams, Esq. Bar No. 5634738
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward.williams@wmsintl.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June 2020, this **NOTICE OF PARTIAL WITHDRAWAL OF PLAINTIFFS' MOTION TO EFFECT SERVICE BY PUBLICATION ON DEFENDANTS MICHAEL MARANDA, DROR SVORAI, AND MINING POWER GROUP, INC.** was served on the following individuals:

John Harwick, Esq. *via ECF*
*Counsel for Maranda Defendants*