T. Edward Williams

| | |
|---|---|
| From: | Ben Neidl <bneidl@joneshacker.com> |
| Sent: | Wednesday, June 10, 2020 1:53 PM |
| To: | T. Edward Williams |
| Cc: | John Harwick |
| Subject: | FW: Activity in Case 1:19-cv-00501-TJM-CFH Serenity Alpha, LLC et al v. Northway Mining, LLC et al Motion for Service by Publication |

Ed:

We have been in touch with Michael Carter. He will agree to sign a waiver of service pursuant to Rule 4(f). Our office is authorized to accept service of the Waiver of Service instrument from you (which you can send by email), and we will get it to Carter to sign and return to you. Does that work?

Ben Neidl
Attorney



7 Airport Park Boulevard
Latham, New York  12110
bneidl@joneshacker.com
www.joneshacker.com
D: (518)270-1253
O: (518)274-5820
F: (518)274-5875

From: ecf.notification@nynd.uscourts.gov <ecf.notification@nynd.uscourts.gov>
Sent: Wednesday, June 10, 2020 12:16 PM
To: NYND_ECFQC@nynd.uscourts.gov
Subject: Activity in Case 1:19-cv-00501-TJM-CFH Serenity Alpha, LLC et al v. Northway Mining, LLC et al Motion for Service by Publication

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.3 (Revision 1.3.6)]

## Notice of Electronic Filing

The following transaction was entered by Williams, T. Edward on 6/10/2020 at 12:15 PM EDT and filed on 6/10/2020

Case Name:        Serenity Alpha, LLC et al v. Northway Mining, LLC et al
Case Number:      1:19-cv-00501-TJM-CFH
Filer:            9384-2557 Quebec Inc.
Document Number:  72

Docket Text:
**MOTION for Service by Publication *on Defendants Michael Carter, Dror Svorai, and Mining Power Group, Inc.* filed by 9384-2557 Quebec Inc.. Motions referred to Christian F. Hummel. (Williams, T. Edward)**

1:19-cv-00501-TJM-CFH Notice has been electronically mailed to:

Benjamin F. Neidl      bneidl@joneshacker.com, AlbanyDocketing@jacksonlewis.com

John F. Harwick      jharwick@joneshacker.com, ddudley@joneshacker.com, diversen@joneshacker.com, djohnson@joneshacker.com, sfebus@joneshacker.com

T. Edward Williams      edward.williams@wmsintl.com

1:19-cv-00501-TJM-CFH Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1051896954 [Date=6/10/2020] [FileNumber=4882262-0
] [aba0b091d3bdf61128dd74a1c258c28dd8d2a645d268a3f7913a508d7b089c4eb60
68f4bc47581ffc7b45f34bdead9afc3df2b0ce9502e19ba688de67aa2cf07]]