MICHAEL CARTER
317 CHARWOOD CIRCLE
IRONDEQUOIT, NEW YORK 14609

Fax: (585) 428-6950

Phone: (585) 503-1623

June 4, 2020

Hon. Thomas J. McAvoy
District Court Judge
US District Court
Northern District of New York
James T. Foley Courthouse
Suite 509
445 Broadway
Albany, NY 12207



RE: MinedMap, Inc., et al. v. Northway Mining, LLC., et al.
Case No. 19-cv-00501

Dear Judge McAvoy:

    I am writing to you because my step-father, Edward Rizzo, received a copy of a summons and complaint as a person of suitable age and discretion, on behalf of me, at 37 Dorset Street, Rochester NY 14609, which is my mother's house and not where I reside. My residence is 317 Charwood Circle, Irondequoit, NY 14609. The person served is named Edward Rizzo and not Edward Carter which the affirmation of service states.

    The Summons and Complaint references a Michael Carter as a defendant in the above stated case. I am not that Michael Carter. My name is Michael Lee Carter, Jr., and I am employed by the Department of Environmental Services for the City of Rochester. I have no knowledge of any of the allegations, named plaintiffs or defendants mentioned in the complaint. I have attached an affidavit swearing to those facts.

    Please correct the record in this matter and strike the filed affidavit of service which is improper service and factually incorrect: the person served is not named Edward Carter but Edward Rizzo, and it is not where I reside. Additionally, the Michael Carter named in the complaint is not me. If there is anything else that the Court needs from me to strike the affidavit of service I would be happy to provide that to the Court.

Thank you for your attention to this matter.

Respectfully Submitted,

*Michael Lee Carter, Jr.*

Michael Lee Carter, Jr.

Cc: Jon. Christian F. Hummel
Magistrate Judge
US District Court
Northern District of New York
James T. Foley Courthouse
Suite 509
445 Broadway
Albany, NY 12207

T. Edward Williams
250 Greenwich Street, 46th Floor
New York, NYY 10007

John F. Harwick, Esq.
E. Stewart Jones Hacker Murphy, LLP.
28 Second Street
Troy, NY 12180

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MinedMap, Inc., et al, et al.   AFFIDAVIT
                                 Case No. 19-cv-00501
         Plaintiffs,

v.

Northway Mining, LLC., et al.,

         Defendants

STATE OF NEW YORK)
COUNTY OF MONROE)   SS:

Michael Lee Carter, Jr., being duly sworn deposes and says that:

1. I reside at 317 Charwood Circle, Irondequoit, New York 14609.

2. I am employed by the City of Rochester in the Department of Environmental Services and have been employed in such capacity since 2009.

3. My step-father, Edward Rizzo, and my mother live at 37 Dorset Street, Rochester, NY 14609. Edward Rizzo has never gone by the name Edward Carter.

4. I have read the complaint in this action and the allegations made against a Michael Carter in this Complaint have nothing to do with me. I have no knowledge of any of the allegations, plaintiffs or defendants mentioned in the complaint

5. I do not have knowledge of Serenity or MinedMap nor have I stole from them. I do not know Michael Maranda, Svorai or Northway nor have I assisted them in any manner.

1

6. I have read the complaint giving rise to this proceeding and make this affidavit bases upon my personal knowledge.

_____
Michael Lee Carter, Jr.

Sworn to before this ____
4th day of June, 2020.

_____
Notary Public

MICHELLE BRADBURY
Notary Public State of New York
Qualified in Monroe County – 01BR6315209
Commission Expires November 24, 2022

2

Michael Carter JR
37 Dorsas St
Rochester, NY 14605

ROCHESTER NY 144
11 JUN 2020 PM 1 L

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JUN 15 2020
RECEIVED

Jon. Christian F. Hummel, Magistrate Judge
U.S. District Court
James T. Foley Courthouse
445 Broadway, Suite 509
Albany, NY 12207

12207-294899