

June 22, 2020

<u>VIA ECF</u>
Hon. Christian F. Hummel
United States Magistrate Judge
United States District Court—NDNY
James T. Foley Courthouse
Albany, New York 12207

RE:   Serenity Alpha LLC et. al. v. Northway Mining LLC et. al., Case No. 19cv00501, Confirmation re: Michael Carter

Dear Judge Hummel:

This letter confirms that because Michael Carter has now appeared through counsel, John F. Harwick, Esq. and Benjamin F. Neidl, Esq., Michael Lee Carter Jr., is released from the Complaint and summons served on him as the appearance by Michael Carter means Michael Lee Carter Jr. is not a Defendant in this matter.

Sincerely,

T. Edward Williams, Esq.