UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – –   X

9384-2557 Québec Inc., a Canadian
corporation; MINEDMAP, INC., a Nevada
corporation; and SERENITY ALPHA, LLC, a
Nevada limited liability, and other similarly
situated individuals

                       Plaintiff,

                    against

NORTHWAY MINING, LLC, a New York limited
liability company; MICHAEL MARANDA, an
individual; MICHAEL CARTER, an individual;
CSX4236 MOTORCYCLE SALVAGE, LLC, a New
York limited liability company; DROR SVORAI,
an individual; MINING POWER GROUP, INC., a
Florida corporation; HUDSON DATA CENTER,
INC, a New York Corporation, MICHAEL
MARANDA, LLC, a New York Limited liability
company; PORTER KING HILL CONTRACTING,
LLC,  a New York limited liability company;
COINMINT, LLC, a Delaware    limited liability
company; OSWEGO DATA LLC, a New York
Limited Liability Company; LORI S. THOMPSON,
LCSW, PLLC, a professional limited liability
corporation; LORI S. THOMPSON, an individual,
ANTHONY PORTER, an individual; and DONALD
D'AVANZO, an individual

                 Defendants.

– – – – – – – – – – – – – – – – – – – – – – – – –   X

| | | |
|---|---|---|
| | : | 1:19-CV-00501-TJM-CFH |
| | | |
| | | WRIT OF REPLEVIN |
| | : | |
| | | |
| | : | (ECF Case) |
| | : | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA, to the Marshal of the Northern
District of the State of New York, Greeting:

MinedMap, Inc. a Nevada Corporation; and Serenity Alpha, LLC, a Nevada limited

liability company, plaintiffs in the above-entitled action, have:

A. moved the court for a writ of replevin to recover the property named to belong to plaintiff and to be wrongfully detained by Northway Mining, LLC, a New York limited liability company; Michael Maranda, an individual, Michael Carter, an individual, CSX4236 Motorcycle Salvage, LLC, a New York limited liability company Dror Svorai, an individual; Mining Power Group, Inc., a Florida corporation; and Hudson Data Center, Inc., a New York corporation, defendants in the above-entitled action; and

B. filed their affidavits of Allen Song and Ryan Lehmann in support of the claim, and will file a written undertaking in this proceeding in the amount of $1.8 million dollars as required by CPLR 7102(e) as directed by the Court in its April 22, 2019 Order.

It appears to this court that plaintiff is entitled to the immediate possession of the property wrongfully detained by defendant; now, therefore,

YOU ARE COMMANDED:

1. To serve a copy of this writ of replevin on the defendants; and

2. To take possession of the following-described property now in the possession of the defendant as more fully described in the spreadsheet attached hereto, located at 45 E. 12th Street Oswego New York, at 193 East Seneca Street Oswego, New York, and at 2140 Wire Road Oswego, New York and to deliver the property to plaintiff.

_____
CLERK OF THE COURT