UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――― X

| | | |
|---|---|---|
| 9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals | : | 1:19-CV-00501-TJM-CFH<br><br>MOTION FOR FORTHWITH HEARING ON PLAINTIFFS EMERGENCY MOTION TO REISSUE WRIT OF REPLEVIN |
| Plaintiff, | : | |
| against | : | (ECF Case) |
| NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, a New York limited liability company; COINMINT, LLC, a Delaware limited liability company; OSWEGO DATA LLC, a New York Limited Liability Company; LORI S. THOMPSON, LCSW, PLLC, a professional limited liability corporation; LORI S. THOMPSON, an individual, ANTHONY PORTER, an individual; and DONALD D'AVANZO, an individual | : | |
| Defendants. | : | |

―――――――――――――――――――――― X

Plaintiffs, MinedMap et. al., filed an Emergency Motion requesting that this Court Reissue a Writ of Replevin. The Motion is styled as an emergency motion because despite this Court's June 19, 2020 Order, Defendants are transporting Plaintiffs' miners outside of the state of New York. Plaintiffs therefore request that a hearing be held on their Motion no later than Wednesday, July 15, 2020. The issue raised in that motion was previously dealt with at a hearing before this Court on June 19, 2020.

Dated this 13th day of June 2020.
New York, New York

RESPECTFULLY SUBMITTED,

/s/ T. Edward Williams, Esq.
T. Edward Williams, Esq. Bar No. 5634738
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward.williams@wmsintl.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June 2020, this MOTION FOR FORTHWITH HEARING ON PLAINTIFFS' EMERGENCY MOTION TO REISSUE WRIT OF REPLEVIN was served on the following individuals:

John Harwick, Esq. via ECF
Counsel for Maranda Defendants