UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

---------------------------- X

9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals  :   1:19-CV-00501-TJM-CFH

                                                                                   NOTICE RE: ECF DOC. NO. 64

                             Plaintiff,    :

                               against    :    (ECF Case)

NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC,  a New York limited liability company; COINMINT, LLC, a Delaware    limited liability company; OSWEGO DATA LLC, a New York Limited Liability Company; LORI S. THOMPSON, LCSW, PLLC, a professional limited liability corporation; LORI S. THOMPSON, an individual, ANTHONY PORTER, an individual; and DONALD D'AVANZO, an individual   :

                             Defendants.    :

---------------------------- X

      The Court issued an Order, ECF Doc. No. 84, in which it states it cannot grant Plaintiffs'

Emergency Motion for Replevin because the property sought have not been described.  To be

clear, the property that is the subject of the Motion for Replevin was previously submitted to this Court. See ECF. Doc. No. 20. This Court previously granted Plaintiffs' Writ of Replevin, but Defendants hid Plaintiffs' property at an undisclosed location. Nevertheless, although all the information for Plaintiffs' Motion is at Docket No. 20, Plaintiffs are attaching the same to this motion, especially the description of the property. The Court's comment about the Local Rule is addressed separately.

Dated this 14th day of July 2020.
New York, New York

RESPECTFULLY SUBMITTED,

/s/ T. Edward Williams, Esq.
T. Edward Williams, Esq. Bar No. 5634738
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward.williams@wmsintl.com

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July 2020, this NOTICE RE: ECF DOC. NO. 84 was served on the following individuals:

John Harwick, Esq. via ECF
Counsel for Maranda Defendants