UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

9384-2557 QUEBEC, INC., a Canadian corporation;
MINEDMAP, INC. a Nevada corporation; and
SERENITY ALPHA, LLC, a Nevada limited liability
company

                                **Plaintiffs,**

  v.                                                           1:19-CV-501
                                                               (TJM/CFH)

**NORTHWAY MINING LLC, a New York limited
liability company, et al.,**

                                **Defendants.**
_____

**Thomas J. McAvoy,
Sr. U.S. District Judge**

# WRIT OF REPLEVIN

To the United States Marshal of the Northern District of New York:

MinedMap, Inc., a Nevada Corporation; and Serentiy Alpha, LLC, a Nevada limited liability company, the Plaintiffs in the above-captioned action, have:

    A.    Moved the court for a writ of replevin to recover the property named to belong to plaintiffs and to be wrongfully detained by Northway Mining, LLC, a New York limited liability company, Michael Maranda, an individual, Michael Carter, an individual CSX4236 Motorcycle Salvage, LLC, a New York limited liability compnay, Dror Svorai, an individual, Mining Power Group, Inc., a Florida corporation, and Hudson Data Center, Inc., a New York corporation, defendants in the above-captioned action; and

    B.    Filed the affidavits of Allen Song and Ryan Lehmann in support of the claim, and will file a written undertaking in this proceeding in the amount of $1.8 million dollars as required by CPLR 7102(e) as directed by the Court in its April 22, 2019 Order.

1

The Court has concluded that Plaintiffs are entitled to the immediate possession of the property wrongfully detained by the defendants.  You are therefore

DIRECTED TO:

1. Serve a copy of this writ of replevin and the attached documents on the defendants; and

2. Take possession of the property described in Attachment A, located at: 2140 County Route 1, Oswego, New York; and/or 193 East Seneca Street, Oswego, New York, and deliver the property to the Plaintiffs.

3. The United States Marshal may enter 2140 County Route 1, Oswego, New York; and 193 East Seneca Street, Oswego, New York to take possession of the listed property or some part thereof.  The Marhsal's Service may break in or use force to enter those premises if Defendants do not permit entry. Plaintiffs' representatives may accompany the Marshal to identity the property listed in Attachment A.

Dated: July 16, 2020

*[signature]*
Clerk of Court

BY:  s/ A. Topa