UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––– X

9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals    :

              Plaintiff,    :

              against    :

NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, a New York limited liability company; COINMINT, LLC, a Delaware limited liability company; OSWEGO DATA LLC, a New York Limited Liability Company; LORI S. THOMPSON, LCSW, PLLC, a professional limited liability corporation; LORI S. THOMPSON, an individual, ANTHONY PORTER, an individual; and DONALD D'AVANZO, an individual    :

             Defendants.    :

––––––––––––––––––––––––––– X

1:19-CV-00501-TJM-CFH

NOTICE OF COMPLETION OF USM FORM 285 AND THE SCHEDULING OF EXECUTION OF THE WRIT OF REPLEVIN

(ECF Case)

The Court reissued the Writ of Replevin it previously issued. See ECF No. 88. Consistent with the re-issued Writ of Replevin, Plaintiffs have contacted the United States Marshall Service through the United States Department of Justice. The US Marshal Service has agreed to expedite execution of the reissued Writ of Replevin. Plaintiffs have completed USM Form 285, attached hereto, and have submitted it to the US Marshal Service. Plaintiffs have also submitted the requested payment to the United States Marshal Service. Plaintiffs expect the Writ of Replevin to be executed within a short time, especially since the Clerk has issued the Writ of Replevin.

Dated this 16th day of July 2020.
New York, New York

RESPECTFULLY SUBMITTED,

/s/ T. Edward Williams, Esq.
T. Edward Williams, Esq. Bar No. 5634738
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward.williams@wmsintl.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of July 2020, this NOTICE OF COMPLETION OF FORM USM 285 AND SCHEDULING OF EXECUTION OF THE WRIT OF REPLEVIN was served on the following individuals:

John Harwick, Esq. via ECF
Counsel for Maranda Defendants