UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| 9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals | : | 1:19-CV-00501-TJM-CFH |
| | : | NOTICE OF LIMITED VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| Plaintiff, | : | |
| against | : | (ECF Case) |
| NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC,  a New York limited liability company; Coinmint, LLC, a Delaware limited liability company; OSWEGO DATA LLC, a New York Limited Liability Company; LORI S. THOMPSON, LCSW, PLLC, a professional limited liability corporation; LORI S. THOMPSON, an individual, ANTHONY PORTER, an individual; and DONALD D'AVANZO, an individual | : | |
| Defendants. | : | |

---

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiffs, Serenity Alpha, LLC et. al. voluntarily dismisses, without prejudice, Defendants

Porter King Hill Contracting, LLC, Coinmint, LLC, Dror Svorai, and Mining Power, Inc. The dismissal of the foregoing Defendants are based on the representations made by the Defendants represented by Benjamin Niedl and John Harwick, both of whom are Officers of this Court, that Plaintiffs' miners are located at 193 Seneca Road and at 2140 County Route 1 in Oswego New York and that Plaintiffs' deposits are in Defendants' possession and control. Plaintiffs have relied on Mr. Niedl and Harwick's representations, made as Officers of this Court, that their miners are secured at the locations above. Based on the Writ of Replevin reissued on July 16, 2020, Plaintiffs expect to pick up their miners shortly. Plaintiffs' miners and Plaintiffs deposits cannot therefore be in the possession of the Defendants being dismissed herein without prejudice.

Dated this 16th day of July 2020.
New York, New York

RESPECTFULLY SUBMITTED,

/s/ T. Edward Williams, Esq.
T. Edward Williams, Esq. Bar No. 5634738
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward.williams@wmsintl.com

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July 2020, this NOTICE OF LIMITED VOLUNTARY DISMISSAL WITHOUT PREJUDICE was served on the following individuals:

John Harwick, Esq. via ECF
Counsel for Maranda Defendants