UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

9384-2557 QUÉBEC INC., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals,

                           Plaintiffs,

  -against-

NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, COINMINT, LLC, a Delaware limited liability company,

                           Defendants.

**NOTICE OF EXCEPTION TO SURETY**

Civ. Action No.: 1:19-CV-00501-TJM-CFH

PLEASE TAKE NOTICE that defendants Michael Maranda, Northway Mining LLC, Michael Maranda LLC and Hudson Data Center, Inc. herein, except to the sufficiency of the sureties on the undertaking required by the Court's Decision & Order dated July 15, 2020 (ECF Doc. #88) and given by plaintiffs MinedMap, Inc. and Serenity Alpha, LLC herein (ECF Doc. # 21), a copy of which is expected to be served imminently by the plaintiffs and/or the U.S. Marshalls.

PLEASE TAKE FURTHER NOTICE, that said defendants except to the sufficiency of the sureties, without limitation, because they do not satisfy the requirements of N.Y. C.P.L.R. §2502(a) or §2503, inasmuch as the sureties (plaintiffs MinedMap, Inc. and Serenity Alpha, LLC) are not insurance companies authorized to execute an undertaking within the state, are not natural persons that are domiciled in the state who have submitted sufficient proof of worth, and who have

1

not filed an affidavit demonstrating security in the form of real estate as provided for in §2503.

These defendants except to the surety as lienors of the property in dispute.

| | |
|---|---|
| Dated: Troy, New York<br>　　　　July 23, 2020 | Respectfully submitted,<br><br>E. STEWART JONES HACKER MURPHY LLP<br><br>　　　*/s/ Benjamin F. Neidl*<br>By:　Benjamin F. Neidl<br>　　　John F. Harwick<br>*Attorneys for Defendants Northway Mining LLC,*<br>*Michael Maranda, Michael Maranda LLC and*<br>*Hudson Data Center Inc.*<br>28 Second Street<br>Troy, N.Y.  12180<br>(518)274-5820 |

TO:　Edward T. Williams, Esq. (via ECF)
　　　Williams LLP
　　　7 World Trade Center
　　　250 Greenwich 46th Floor
　　　New York, N.Y.  10007

TO:　United States Marshalls Service
　　　Attn:  Barbara Wright
　　　U.S. District Courthouse
　　　100 S. Clinton Street
　　　Syracuse, N.Y.  13261