UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

9384-2557 QUÉBEC INC., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals,

      Plaintiffs,

 -against-

NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, COINMINT, LLC, a Delaware limited liability company,

      Defendants.

**AFFIRMATION OF SERVICE**

Civ. Action No.: 1:19-CV-00501-TJM-CFH

---

I, **BENJAMIN F. NEIDL**, hereby affirm under penalty of perjury that on July 23, 2020, I caused the defendants' NOTICE OF EXCEPTION TO SURETY (ECF Doc. #94) to be served upon the following ECF participants by electronically filing said document(s) on the PACER ECF system for the above-referenced case:

> T. Edward Williams, Esq.
> *Attorneys for the Plaintiffs*
> edward.williams@wmsintl.com

I further affirm that I caused the following non-ECF participants to be served with papers on the same date, by first class mail: NONE.

Dated: Troy, New York
July 23, 2020

Respectfully submitted,

E. STEWART JONES HACKER MURPHY, LLP

By: *(signed)* Benjamin F. Neidl
Benjamin F. Neidl
*Attorneys for Defendants Michael Maranda,*
*Northway Mining LLC, Michael Maranda LLC,*
*and Hudson Data Center, Inc.*
28 Second Street
Troy, N.Y.  12180
(518) 274-5820
Bneidl@joneshacker.com