UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

---------------------------------- X
9384-2557 Québec Inc., a Canadian : 1:19-CV-00501-TJM-CFH
corporation; MINEDMAP, INC., a Nevada
corporation; and SERENITY ALPHA, LLC, a
Nevada limited liability, and other similarly EMERGENCY MOTION TO FILE
situated individuals UNDER SEAL

                    Plaintiff, :

                    against : (ECF Case)

NORTHWAY MINING, LLC, a New York limited :
liability company; MICHAEL MARANDA, an
individual; MICHAEL CARTER, an individual;
CSX4236 MOTORCYCLE SALVAGE, LLC, a New
York limited liability company; DROR SVORAI,
an individual; MINING POWER GROUP, INC., a
Florida corporation; HUDSON DATA CENTER,
INC, a New York Corporation, MICHAEL
MARANDA, LLC, a New York Limited liability
company; PORTER KING HILL CONTRACTING,
LLC, a New York limited liability company;
COINMINT, LLC, a Delaware limited liability
company; OSWEGO DATA LLC, a New York
Limited Liability Company; LORI S. THOMPSON,
LCSW, PLLC, a professional limited liability
corporation; LORI S. THOMPSON, an individual,
ANTHONY PORTER, an individual; and DONALD
D'AVANZO, an individual

                  Defendants. :
---------------------------------- X

    Plaintiffs, Serenity Alpha et. al., through counsel, WILLIAMS LLP files this Emergency Motion to File Under Seal and state as follows:

This Court issued a Writ of Replevin on July 16, 2020, allowing Plaintiffs to seize their miners. The US Marshal Service will assist Plaintiffs in seizing Plaintiffs' miners. In connection with the Writ of Replevin, Plaintiffs need this Court to consider an issue and rule on it. Plaintiffs cannot share more details because Defendants' counsel have been assisting their clients—wittingly or unwittingly—in defrauding Plaintiffs and other victims. Plaintiffs therefore seek immediate approval to file under seal because of an important and extremely time sensitive issue.

Dated this 23rd day of July 2020.
New York, New York

RESPECTFULLY SUBMITTED,

/s/ T. Edward Williams, Esq.
T. Edward Williams, Esq. Bar No. 5634738
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward.williams@wmsintl.com

CERTIFICATE OF SERVICE

  I hereby certify that on this 23rd day of July 2020, this EMERGENCY MOTION TO FILE UNDER SEAL was served on the following individuals:

John Harwick, Esq. via ECF
Benjamin F. Niedl, Esq. via ECF
Counsel for Maranda Defendants