

July 24, 2020

**Via ECF**

Hon. Thomas A. McAvoy
United States Magistrate Judge
United States District Court—NDNY
James T. Foley Courthouse
Albany, N.Y.  12207

Re: Serenity Alpha LLC et. al. v. Northway Mining LLC, et al.
     Case No.: 19-cv-00501

Dear Judge McAvoy:

With regard to the plaintiffs' emergency motion filed a few minutes ago to add an address called 120 St. Paul Street, the defendants have no objection to the expansion of the writ to that address.  However, our clients tell us that 120 St. Paul Street and 193 East Seneca Street (one of the addresses already in the writ) are the same building with different entrances on different streets, and there are no other machines on that side of the building.  Our client also tells us that he has over 2,000 machines set aside and ready to be taken at the addresses that are already in the writ and that the Marshalls have been there today looking at them.  It is not clear to us what the status is with respect to collecting those machines, but we are told that occurred today.  Again, the defendants have no objection to the addition of the 120 St. Paul Street to the writ, but to be clear our client tells us there are no other machines there.

Sincerely,

E. STEWART JONES HACKER MURPHY, LLP

_____
Benjamin F. Neidl, Esq.
bneidl@joneshacker.com
Direct Dial: (518) 270-1253

c.c.  T. Edward Williams, Esq.
      John Harwick, Esq.