UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

9384-2557 QUEBEC, INC., a Canadian corporation;
MINEDMAP, INC. a Nevada corporation; and
SERENITY ALPHA, LLC, a Nevada limited liability
company

                            **Plaintiffs,**

   v.                                                      1:19-CV-501
                                                                     (TJM/CFH)

**NORTHWAY MINING LLC, a New York limited
liability company, et al.,**

                            **Defendants.**
_____

**Thomas J. McAvoy,**
**Sr. U.S. District Judge**


## ORDER

      This Court issued a writ of replevin directing the United States Marshal to seize certain property located in Oswego, New York. See dkt. # 89. Plaintiff has now informed the Court that property subject to the writ is located at another address and files an emergency motion to add that address to the writ. See dkt. # 99. Defendants have responded to the motion, indicating that they do not oppose extending the writ to that address. See dkt. # 100. As such, the Court will GRANT the Plaintiff's motion, dkt. # 99, and EXPAND the writ of replevin to include 120 St. Paul Street, Oswego, New York. Paragraph D of the Court's previous writ is hereby AMENDED to reflect that change. See dkt. # 89. The United States Marshal is hereby authorized to enter that location to seize

1

the property listed in the Court's writ of replevin.  The property subject to seizure and all other terms of the original writ of replevin, dkt.#89, shall remain the same and remain in force.

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge

**IT IS SO ORDERED.**

Dated: July 24, 2020