U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| 9384-2557 Quebec, Inc.; Serenity Alpha, LLC; and MinedMap, Inc. | 19-CV-00501 TJM-CFH |
| DEFENDANT | TYPE OF PROCESS |
| Northway Mining, LLC, Michael Maranda; Michael Carter; Hudson Data Center, Inc.; et. al. | Writ of Replevin |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael Maranda
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
193 E. Seneca Street Oswego New York and 2140 County Route 1 (Property is at Wire Road)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

T. Edward Williams, Esq.
7 World Trade Center
259 Greenwich Street 46th FL.
New York, New York 10007
edward.williams@wmsintl.com

| | |
|---|---|
| Number of process to be served with this Form 285 | 5 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Plaintiffs' representatives will be present.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 212-634-9106
DATE: July 16, 2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 | No. D52 | No. D52 | B. Wright | 7/22/20 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (*if not shown above*)

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUL 27 2020
AT_____ O'CLOCK
John M. Domurad, Clerk - Syracuse

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

| Date | Time | |
|---|---|---|
| 07.24.20 | 11:00 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy
Amora

| Service Fee | Total Mileage Charges including *endeavors* | ~~Forwarding Fee~~ Copy Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $1040.00 (65.00 x 4 hr) | 49.45 | 42.90 | 1132.35 | | |

REMARKS: mileage - 100 S.Clinton Syr to 2140 CR 1, Oswego 43 mi x2 (RT) 86mi x .575
svc fee 65.00/hr x 4/hr x 4 dusms = 1040.  Copy fees: 429 pgs @ .10/pg = 42.90

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80