**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| 9384-2557 Quebec, Inc.; Serenity Alpha, LLC; and MinedMap, Inc. | 19-CV-00501 TJM-CFH |
| DEFENDANT | TYPE OF PROCESS |
| Northway Mining, LLC, Michael Maranda; Michael Carter; Hudson Data Center, Inc.; et. al. | Writ of Replevin |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael Carter
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
193 E. Seneca Street, Oswego New York and 2140 County Route 1 (Property is at Wire Road)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

T. Edward Williams, Esq.
7 World Trade Center
259 Greenwich Street 46th FL.
New York, New York 10007
edward.williams@wmsintl.com

| | |
|---|---|
| Number of process to be served with this Form 285 | 5 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Plaintiffs' representatives will be present.

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 212-634-9106
DATE: July 16, 2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 27 2020
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

Date: 07.24.20
Time: 11:00 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: Amole

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 2.30 | | 67.30 | | |

REMARKS: mileage 2140 RT 1 to 193 E. Seneca. 2mi x 2 (RT) 4mi x .575

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80