U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| 9384-2557 Quebec, Inc.; Serenity Alpha, LLC; and MinedMap, Inc. | 19-CV-00501 TJM-CFH |
| DEFENDANT | TYPE OF PROCESS |
| Northway Mining, LLC, Michael Maranda; Michael Carter; Hudson Data Center, Inc.; et. al. | Writ of Replevin |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hudson Data Center, Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
193 E. Seneca Street Oswego New York and 2140 County Route 1 (Property is at Wire Road)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

T. Edward Williams, Esq.
7 World Trade Center
259 Greenwich Street 46th FL.
New York, New York 10007
edward.williams@wmsintl.com

| Number of process to be served with this Form 285 | 5 |
|---|---|
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Plaintiffs' representatives will be present.

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 212-634-9106
DATE: July 16, 2020

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 27 2020
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 07-24-20 | 11:00 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy: *Amola*

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | 65.00 | | |

REMARKS:
WRIT OF REPLEVIN EXECUTED ON ABOVE DATE/TIME @ 193 E. SENECA ST. OSWEGO, NY

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

9384-2557 QUEBEC, INC., a Canadian corporation;
MINEDMAP, INC. a Nevada corporation; and
SERENITY ALPHA, LLC, a Nevada limited liability
company

                        Plaintiffs,

v.                                                        1:19-CV-501
                                                            (TJM/CFH)

NORTHWAY MINING LLC, a New York limited
liability company, et al.,

                        Defendants.

---

Thomas J. McAvoy,
Sr. U.S. District Judge

## WRIT OF REPLEVIN

To the United States Marshal of the Northern District of New York:

MinedMap, Inc., a Nevada Corporation; and Serentiy Alpha, LLC, a Nevada limited liability company, the Plaintiffs in the above-captioned action, have:

    A.    Moved the court for a writ of replevin to recover the property named to belong to plaintiffs and to be wrongfully detained by Northway Mining, LLC, a New York limited liability company, Michael Maranda, an individual, Michael Carter, an individual CSX4236 Motorcycle Salvage, LLC, a New York limited liability compnay, Dror Svorai, an individual, Mining Power Group, Inc., a Florida corporation, and Hudson Data Center, Inc., a New York corporation, defendants in the above-captioned action; and

    B.    Filed the affidavits of Allen Song and Ryan Lehmann in support of the claim, and will file a written undertaking in this proceeding in the amount of $1.8 million dollars as required by CPLR 7102(e) as directed by the Court in its April 22, 2019 Order.

1

The Court has concluded that Plaintiffs are entitled to the immediate possession of the property wrongfully detained by the defendants. You are therefore

DIRECTED TO:

1. Serve a copy of this writ of replevin and the attached documents on the defendants; and

2. Take possession of the property described in Attachment A, located at: 2140 County Route 1, Oswego, New York; and/or 193 East Seneca Street, Oswego, New York, and deliver the property to the Plaintiffs.

3. The United States Marshal may enter 2140 County Route 1, Oswego, New York; and 193 East Seneca Street, Oswego, New York to take possession of the listed property or some part thereof. The Marhsal's Service may break in or use force to enter those premises if Defendants do not permit entry. Plaintiffs' representatives may accompany the Marshal to identity the property listed in Attachment A.

Dated: July 16, 2020

*[signature]*
Clerk of Court

BY: ___s/ A. Topa

2

I hereby swear that on July 24, 2020, I executed the attached Writ of Replevin on _____HUDSON DATA CENTER, INC_____, by undertaking the following action:

Service of the documented writ upon named defendant facilities, and entering facilities at 2140 County Route 1, Oswego (Wire Road), and 193 E. Seneca Street, Oswego, at which time I located, but was unable to identify multiple bitcoin miners as all serial numbers had been removed from said equipment. No equipment was seized.

_____(signature)_____                    _____07-24-20_____
Christopher J. Amoia, ACDUSM                 Date