UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

9384-2557 QUÉBEC INC., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals,

                    Plaintiffs,

-against-

NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, COINMINT, LLC, a Delaware limited liability company,

                     Defendants.

**AFFIRMATION OF SERVICE**

Civ. Action No.: 1:19-CV-00501-TJM-CFH

I, **BENJAMIN F. NEIDL**, hereby affirm under penalty of perjury that on August 7, 2020, I caused defendant Michael Carter's motion to dismiss pursuant to F.R.C.P. 12(b)(b) (ECF Doc. #113 and 113-1) to be served upon the following ECF participants by electronically filing said document(s) on the PACER ECF system for the above-referenced case:

                T. Edward Williams, Esq.
                *Attorneys for the Plaintiffs*
                edward.williams@wmsintl.com

I further affirm that I caused the following non-ECF participants to be served with papers on the same date, by first class mail: NONE.

Dated: Troy, New York  
      August 7, 2020

Respectfully submitted,

E. STEWART JONES HACKER MURPHY, LLP

By: _____  
Benjamin F. Neidl  
*Attorneys for Defendants Michael Maranda,*  
*Northway Mining LLC, Michael Maranda LLC,*  
*Hudson Data Center, Inc., and Michael Carter*  
28 Second Street  
Troy, N.Y.  12180  
(518) 274-5820  
Bneidl@joneshacker.com