# Exhibit B

**To Affirmation of Benjamin F. Neidl**

| | |
|---|---|
| **From:** | T. Edward Williams |
| **To:** | Ben Neidl |
| **Cc:** | John Harwick |
| **Subject:** | RE: Quebec Inc., et al v. Northway Mining LLC et al. |
| **Date:** | Friday, June 19, 2020 9:54:04 PM |
| **Attachments:** | Quebec Inc. et al v. Northway Mining LLC et al..msg |

Ben:

Thanks for sending this letter and for letting me know that **all** of my clients' miners are at the two locations you claim. I assume you are making these representations as an officer of the court, after having reasonably inquired from your client.

However, I have to let you know that there are no machines at 2140 County Route 1. Distributions Center of America owns that location and it has stated there are no bitcoin miners there. Rather, as part of the fraud, your client has machines dropped off there and he picks them up from there. The State Trooper for Oswego County confirms this.

We are getting reports on the second building you mentioned, and I will keep you posted this evening, but I do not believe there are any bitcoin miners at that location. I will have the State Trooper stop at that location this evening to confirm that it is capable of hosting 3000 miners.

It appears Mr. Maranda has been operating out of **45 E. 12th Street Oswego New York 13126**, contrary to your representation.

Finally, you mentioned the machines are stored? Why? And under what provision of the contract? At the very least, the miners should have been return to my clients so they can use them.

Regards,

**T. Edward Williams, Esq., Partner**
Williams, LLP | 7 World Trade Center
250 Greenwich Street, 46th FL.
New York | New York 10007 | E-mail: Edward.williams@wmsintl.com
Tel: 212-634-9106 | Work Mobile: 917-287-4740 | Website: wmsintl.com

**CONFIDENTIALITY NOTICE:**
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email or email admin@wmsintl.com and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.