# Exhibit A

**To Affidavit of Michael Maranda**



