# Exhibit D

**To Affidavit of Michael Maranda**

| Original Boxes - Flint Inventory | Match MinedMap Exhibit List | MinedMap Exhbit list matches Flint Inventory List |
|---|---|---|
| YDFT43RAHJGAF9548 | YDFT43RAHJGAF9548 | **YES** |
| YDFT43RAHJGAG1987 | NO | NO |
| YDFT43RAHJGAI5434 | NO | NO |
| YDFT43RAHJGAI6966 | NO | NO |
| YDFT43RAHJGAG5609 | NO | NO |
| YDFT43RAHJGAI7056 | YDFT43RAHJGAI7056 | **YES** |
| YDFT43RAHJGAI4428 | NO | NO |
| YDFT43RAHJGAE3492 | NO | NO |
| YDFT43RAHJGAG3384 | NO | NO |
| YDFT43RAHJGAI8956 | NO | NO |
| YDFT43RARJGAB0466 | YDFT43RARJGAB0466 | **YES** |
| YDFT43RAHJGAI5434 | NO | NO |
| YDFT43RAHJGAI5438 | NO | NO |
| YDFT43RAHJGAI8418 | YDFT43RAHJGAI8418 | **YES** |
| FXDZ43RAHJGA48660 | NO | NO |
| YDFT43RAHJGAH3256 | NO | NO |
| FXDZ43RAHJGAG6069 | NO | NO |
| YDFT43RAHJGAI7096 | YDFT43RAHJGAI7096 | **YES** |
| YDFT43RAHJGAI5420 | NO | NO |
| FXDZ43RAHJGAG3360 | NO | NO |
| <span style="color:red">YDFT43RARJGAE3067</span> | NO | NO |
| YDFT43RAHJGAF9530 | YDFT43RAHJGAF9530 | **YES** |
| FXDZ43RAHJGAG5786 | FXDZ43RAHJGAG5786 | **YES** |
| FXDZ43RAHJGAI4829 | NO | NO |
| FXDZ43RAHJGAG5929 | NO | NO |
| YDFT43RAHJGAI7087 | YDFT43RAHJGAI7087 | **YES** |
| FXDZ43RAHJGAH3468 | NO | NO |
| FXDZ43RAHJGAI5081 | NO | NO |
| FXDZ43RAHJGAG6144 | FXDZ43RAHJGAG6144 | **YES** |
| YDFT43RARJOAE4208 | NO | NO |
| YDFT43RARJGAE5404 | NO | NO |
| YDFT43RAHJGAI5822 | NO | NO |
| FXDZ43RAHJGAH4999 | FXDZ43RAHJGAH4999 | **YES** |
| FXDZ43RAHJGBF4377 | FXDZ43RAHJGBF4377 | **YES** |
| YDFT43RARJGAE3509 | NO | NO |
| YDFT43RAHJGAI6418 | NO | NO |
| FXDZ43RAHJGAH3536 | NO | NO |
| YDFT43RAHJGAI6915 | NO | NO |
| FXDZ43RAHJGAG3374 | NO | NO |
| YDTF43RAHJGAI7087 | NO | NO |

| Original Boxes - Flint Inventory | Match MinedMap Exhibit List | MinedMap Exhbit list matches Flint Inventory List |
|---|---|---|
| YDFT43RAHJGAI6951 | NO | NO |
| YDFT43RARJOAE4205 | NO | NO |