# Exhibit E

**To Affidavit of Michael Maranda**



















Model:Syl V4.2310  W/0:FXDZZ201801704002-Z
FXDZYSUAHJGAH628L





















