UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

9384-2557 QUÉBEC INC., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals,

                      Plaintiffs,

-against-

NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, COINMINT, LLC, a Delaware limited liability company,

                      Defendants.

**AFFIDAVIT OF MICHAEL CARTER**

**In Opposition to Motion for Contempt**

Civ. Action No.: 1:19-CV-00501-TJM-CFH

**Jury trial Demanded**

STATE OF NEW YORK    )
                                )s.s.:
COUNTY OF              )

**MICHAEL CARTER**, being duly sworn deposes and says under penalty of perjury the following:

1. I am one of the defendants in the above-captioned case. I understand that the plaintiffs have filed a motion for civil and criminal contempt against defendant Michel Maranda, Melissa Welsch, and me. I submit this affidavit in opposition to that motion. This affidavit is based upon my personal knowledge.

2. I understand that the contempt motion asserts that I (and the others) violated the Magistrate Judge's June 19, 2020 Order that there be no movement of plaintiff Minedmap and/or

1

Serenity's mining devices from their locations in Oswego without prior notice to the plaintiffs and to the Court.

3. I did not violate that Order. I have never removed any of the plaintiffs' machines from the Oswego locations, either before or after June 19, 2020.

4. I do know defendant Michael Maranda, and I have provided him with technical support from time to time in connection with setting up and running some of his bitcoin mining facilities. I have a technical, electrical background. I helped fit up the locations at 193 East Seneca Street, and 2140 County Route 1, Oswego, New York for electrical power and hosting capability in late 2019 and early 2020. But I have never removed any S9J or S9 miners from either of those locations. I have no reason to believe that any machines owned by Minedmap/Serentiy are at any location other than at 193 East Seneca Street, and 2140 County Route 1, Oswego, and I am not in possession of any of their machines.

_____
Michael Carter

Sworn to before me this
_12_ day of August, 2020

_____
Notary Public

Alisha A. Miller
Notary Public - State of New York
No. 01MI6402968
Qualified in Schenectady County
My Commission Expires 01-13-2024