UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

9384-2557 QUÉBEC INC., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals,

                    Plaintiffs,

  -against-

NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, COINMINT, LLC, a Delaware limited liability company,

                    Defendants.

**AFFIRMATION OF SERVICE**

Civ. Action No.: 1:19-CV-00501-TJM-CFH

I, **BENJAMIN F. NEIDL**, hereby affirm under penalty of perjury that on August 14, 2020, 2020, I caused the Attorney Affirmation of Benjamin F. Neidl, defendants' Memorandum of Law, and Affidavits of Michael Maranda and Michael Carter in opposition to the plaintiffs' motion for civil and criminal contempt sanctions (ECF Doc. #115, 116, 117 and 118) to be served upon the following ECF participants by electronically filing said document(s) on the PACER ECF system for the above-referenced case:

                    T. Edward Williams, Esq.
                    *Attorneys for the Plaintiffs*
                    edward.williams@wmsintl.com

I further affirm that I caused the following non-ECF participants to be served with papers on the same date, by first class mail: NONE.

Dated: Troy, New York
August 14, 2020

Respectfully submitted,

E. STEWART JONES HACKER MURPHY, LLP

By: _____
Benjamin F. Neidl
*Attorneys for Defendants Michael Maranda,*
*Northway Mining LLC, Michael Maranda LLC,*
*and Hudson Data Center, Inc.*
28 Second Street
Troy, N.Y.  12180
(518) 274-5820
Bneidl@joneshacker.com