UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

9384-2557 QUÉBEC INC., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals,

       Plaintiffs,

-against-

NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, COINMINT, LLC, a Delaware limited liability company,

       Defendants.

**AFFIDAVIT OF MICHAEL MARANDA**

**In Opposition to Motion for Prejudgment Attachment**

Civ. Action No.: 1:19-CV-00501-TJM-CFH

STATE OF NEW YORK  )
           )s.s.:
COUNTY OF      )

  **MICHAEL MARANDA**, being duly sworn deposes and says under penalty of perjury the following:

  1.  I am one of the defendants in the above-captioned case. I understand that the plaintiffs have filed a motion for pre-judgment attachment fees and costs against me and defendant Michael Carter. I submit this affidavit in opposition to that motion. This affidavit is based upon my personal knowledge.

  2.  I have read the "Motion for Prejudgment Attachment" signed by the plaintiffs' attorney, T. Edward Williams. I do not own any interest in any business in Illinois. I have some of my own Bitcoin mining devices at a location in Illinois, but they are not the plaintiffs' machines

or the same make or model as the plaintiffs' machines—my machines in Illinois are model T2Ts, and all of the plaintiffs' miners are S9J or S9s. I do not have any of the plaintiffs' mining devices in Illinois. As I have said in prior affidavits (in response to the motion for contempt and motion for fees and costs), all of the plaintiffs' miners in my possession are at 193 East Seneca Street and 2140 County Route 1, in Oswego, New York.

3. Mr. Williams alleges that I am "hiding cash" and paid rent to my landlord in cash. I don't understand that allegation. I am not "hiding cash." I did pay my rent for the Oswego facilities last month in cash. That was a $700 cash payment. I am not aware of anything that prohibits me from paying monthly rent to my landlord in Oswego, or paying it in cash. I have to pay rent, I am storing equipment at those properties, including the 2,051 miners that we expected the Marshalls to collect last month.

4. Mr. Williams also alleges that the defendants have transferred money and other property to Melissa Welsh and other non-parties. I have not and am not transferring property to non-parties during this action, including Ms. Welsh (other than having paid her her regular compensation for her services to me as manager of the Oswego locations). I pay bills and have regular expenses like anyone else, but I have not disposed of any property to avoid creditors (or the plaintiffs).

5. Neither I nor my businesses have had an account at M&T Bank for two years.

6. I do currently have an account at Teacher's Federal Credit Union, which is just an operating account for our regular business expenses. Again, we pay bills like anyone else, but I am not transferring monies out of those accounts to avoid creditors or alleged creditors.

7. I respectfully submit that the plaintiffs' motion should be denied.

_____
Michael Maranda

Sworn to before me this
19TH day of August, 2020

_____
Notary Public

Deanna M. Dudley
Notary Public, State of New York
Reg. No. 01DU6340971
Qualified in Albany County
Commission Expires May 02, 2024