UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

9384-2557 QUÉBEC INC., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals,

                 Plaintiffs,

-against-

NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, COINMINT, LLC, a Delaware limited liability company,

                 Defendants.

**AFFIDAVIT OF MICHAEL CARTER**

**In Opposition to Motion for Prejudgment Attachment**

Civ. Action No.: 1:19-CV-00501-TJM-CFH

STATE OF NEW YORK   )
                             )s.s.:
COUNTY OF             )

    **MICHAEL CARTER**, being duly sworn deposes and says under penalty of perjury the following:

    1.    I am one of the defendants in the above-captioned case. I understand that the plaintiffs have filed a motion for pre-judgment attachment fees and costs against me and defendant Michael Maranda. I submit this affidavit in opposition to that motion. This affidavit is based upon my personal knowledge.

    2.    I have read the "Motion for Prejudgment Attachment" signed by the plaintiffs' attorney, T. Edward Williams. He alleges that I have transferred or am transferring "bitcoins, cash, cars, and other assets into the name of nonparties to this proceeding, including [Melissa Welsh]."

1

He also alleges that "Defendants also continues [sic] to transfer assets out of bank accounts at M&T Bank and Teacher's Federal Credit Union."

3. I do not know what Mr. Williams is talking about. I have not and am not transferring property to non-parties during this action (including Ms. Welsh), and have not disposed of any property to avoid creditors (or the plaintiffs). I pay bills like anyone else, but I am not disposing of property. I also do not have accounts at M&T Bank or Teacher's Federal Credit Union. I also do not have signing authority on any of the other defendants' bank accounts. Also, contrary to Mr. Williams' allegations, I am not "hiding" any money or property. I respectfully submit that the plaintiffs' motion should be denied.

_____
Michael Carter

Sworn to before me this
19th day of August, 2020

_____
Notary Public

CATHY L. DROBNY
Notary Public, State of New York
No. 01DR5051077
Qualified in Saratoga County
Commission Expires 10/23/21

2