# Exhibit D

**To Affirmation of Benjamin F. Neidl**

| | |
|---|---|
| **From:** | Ben Neidl |
| **To:** | T. Edward Williams |
| **Cc:** | John Harwick |
| **Subject:** | RE: Conferring on Motion for Attorney Fees and Costs |
| **Date:** | Friday, July 17, 2020 12:43:00 PM |
| **Attachments:** | image001.png |
| | image003.jpg |

Ed:

In addition to the issues we wrote to you about yesterday, we would like to speak with you about coordinating the collection of the machines.   We acknowledge the Court's replevin order of this week, and can confer to schedule the orderly collection of the devices.

# Ben Neidl
Attorney

7 Airport Park Boulevard
Latham, New York  12110
bneidl@joneshacker.com
www.joneshacker.com
D: (518)270-1253
O: (518)274-5820
F:  (518)274-5875

**From:** John Harwick <jharwick@joneshacker.com>
**Sent:** Thursday, July 16, 2020 3:29 PM
**To:** T. Edward Williams <edward.williams@wmsintl.com>
**Cc:** Ben Neidl <bneidl@joneshacker.com>
**Subject:** Re: Conferring on Motion for Attorney Fees and Costs

Again, please call to confirm as required by the local rules.

John F. Harwick, Esq.
E.  Stewart Jones Hacker Murphy LLP
28 Second Street
Troy, NY 12180


Office:   (518)274-5820
Fax:      (518)274-5875

Cell:     (518)281-8150

www.joneshacker.com

On Jul 16, 2020, at 3:19 PM, T. Edward Williams <edward.williams@wmsintl.com> wrote:

Counsel:

I am conferring on Motion for attorneys fees and costs against you all (including your law firm) and your clients, incurred as a result of the recent filings on the Writ of Replevin.  Please let me know your position by **Noon on Friday July 17, 2020** via email.

Regards,

**T. Edward Williams, Esq., Partner**
Williams, LLP | 7 World Trade Center
250 Greenwich Street, 46th FL.
New York | New York 10007 | E-mail: Edward.williams@wmsintl.com
Tel: 212-634-9106 | Work Mobile: 917-287-4740 | Website: wmsintl.com
**CONFIDENTIALITY NOTICE:**
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email or email admin@wmsintl.com and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

LEAP Email Reference |F:a08f6857-6fd2-4d1e-9b9f-dcb27d7b0d25|M:a4977b35-9e7a-4e17-80dc-f1d1bc0e96ec| (Please do not delete)