# Exhibit E

**To Affirmation of Benjamin F. Neidl**



28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820
FAX: (518) 274-5875

7 AIRPORT PARK BOULEVARD
LATHAM, NY 12110
PHONE: (518) 783-3843
FAX: (518) 783-8101

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

www.joneshacker.com

PLEASE REPLY TO:

July 21, 2020

**Via Email**
Email: dantitus@pagetrucking.com

Dan Titus
Page Material Handling
2758 Trombley Road
Weedsport, N.Y.  13166

   Re:   Michael Maranda LLC

   We represent Michael Maranda LLC ("MML"), your tenant at 2140 County Route 1, Oswego and 193 East Seneca Street, Oswego (together, the "premises").  As you are aware, MML is currently storing a number of cryptocurrency mining devices at the premises.  A number of those machines are the subject of civil litigation between MML and other parties who claim to have a right to possession of the machines.

   The court in that litigation (the United States District Court for the Northern District of New York) has directed that the United States Marshalls take custody of the disputed machines pending the parties' dispute. Therefore, sometime in the near future (most likely this week or thereabouts) we expect that the Marshalls will appear at the premises to collect the machines.  We are trying to coordinate a specific time at which this can occur, in order to make the transfer as smooth and efficient as possible, but those details are still in flux at the moment.  In the meantime, MML has packaged and segregated the machines at the premises in order to facilitate the transfer and make it as easy as possible for the Marshalls to collect the machines.  We hope this will reduce the amount of time that the Marshalls will spend at the premises, and minimize the disruption from this visit.  If we are able to agree upon a particular visit date with the other parties we will let you know but in any event, both landlord and tenant should cooperate with the Marshalls' visit to collect the machines.  If you have any questions about this, please feel free to contact me at the number below.  Thank you.

Sincerely,
E. STEWART JONES HACKER MURPHY, LLP

_____
Benjamin F. Neidl, Esq.            c.c. Michael Maranda
                          John Harwick

bneidl@joneshacker.com
Direct Dial: (518) 270-1253