# Exhibit F

**To Affirmation of Benjamin F. Neidl**

| | |
|---|---|
| **From:** | John Harwick |
| **To:** | barbara.wright@doj.gov |
| **Cc:** | Ben Neidl |
| **Subject:** | FW: Quebec v. Northway Min NDNY Case Number: 1:19-cv-00501 - Writ of Replevin dated 7/15/20 |
| **Date:** | Wednesday, July 22, 2020 2:24:31 PM |
| **Attachments:** | image001.png |
| | image002.jpg |

**Subject:** Quebec v. Northway Min NDNY Case Number: 1:19-cv-00501 - Writ of Replevin dated 7/15/20

Ms. Wright –

Pursuant to our conversation my firm represents the **defendant** Northway Mining, LLC in Serenity Alpha, LLC et al v. Northway Mining, LLC et al
NDNY Case Number:     1:19-cv-00501-TJM-CFH.

I am writing to facilitate the peaceful and smooth execution of Judge McAvoy's writ of replevin dated 7/15/20.

Please let me know haw we can accomplish this.

John F. Harwick
Partner

28 Second Street
Troy, NY 12180
jharwick@joneshacker.com
www.joneshacker.com
D: (518)213-0113
O: (518)274-5820
F: (518)274-5875

CONFIDENTIALITY – PRIVILEGE NOTICE:  Information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If you are not the intended recipient, this serves as notice to you that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please delete the original message and any attachments thereto and immediately notify the sender via e-mail or by telephone at (518) 274-5820.  Thank you.