UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

9384-2557 QUÉBEC INC., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals,

                        Plaintiffs,

-against-

NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, COINMINT, LLC, a Delaware limited liability company,

                        Defendants.

**AFFIRMATION OF SERVICE**

Civ. Action No.: 1:19-CV-00501-TJM-CFH

---

I, **BENJAMIN F. NEIDL**, hereby affirm under penalty of perjury that on August 27, 2020, I caused the papers of the defendants in the signature block below in opposition to the plaintiffs' motion for attorneys' fees and costs, to wit the Neidl Affirmation in Opposition to the Motion (ECF Doc. #123), said defendants' Memorandum of Law in opposition to the motion (ECF Doc. #124), the Affidavit of Michael Maranda in opposition to the motion (ECF Doc. #125) and the Affidavit of Michael Carter in opposition to the motion (ECF Doc. #126) to be served upon the following ECF participants by electronically filing said document(s) on the PACER ECF system for the above-referenced case:

                        T. Edward Williams, Esq.
                        *Attorneys for the Plaintiffs*
                        edward.williams@wmsintl.com

I further affirm that I caused the following non-ECF participants to be served with papers on the same date, by first class mail: NONE.

Dated: Troy, New York  
       August 27, 2020

Respectfully submitted,

E. STEWART JONES HACKER MURPHY, LLP

By: _____  
Benjamin F. Neidl  
*Attorneys for Defendants Michael Maranda,*  
*Northway Mining LLC, Michael Maranda LLC,*  
*Hudson Data Center, Inc., and Michael Carter*  
28 Second Street  
Troy, N.Y.  12180  
(518) 274-5820  
Bneidl@joneshacker.com