# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

------------------------- X

9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals : 1:19-CV-00501-TJM-CFH

**STATUS UPDATE ON SETTLEMENT**

                Plaintiff,    :

                against    :    **(ECF Case)**

NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, a New York limited liability company; COINMINT, LLC, a Delaware limited liability company; OSWEGO DATA LLC, a New York Limited Liability Company; LORI S. THOMPSON, LCSW, PLLC, a professional limited liability corporation; LORI S. THOMPSON, an individual, ANTHONY PORTER, an individual; and DONALD D'AVANZO, an individual :

                Defendants.   :

------------------------- X

Plaintiffs, MinedMap et. al., through counsel, WILLIAMS LLP, files this Status Report on Settlement and states as follows:

The Parties attended Settlement Conferences on Monday, October 12, 2020, and on Friday, October 16, 2020, with Judge William McCarthy. The Settlement Conference occurred at the Schenectady office of Defendants' counsel. The Parties concluded without reaching a settlement.

Dated this 16th day of October 2020.
New York, New York

**RESPECTFULLY SUBMITTED**,

*/s/ T. Edward Williams, Esq.*
T. Edward Williams, Esq. Bar No. 5634738
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward.williams@wmsintl.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of October 2020, this **STATUS UPDATE ON SETTLEMENT** was served on the following individuals:

John Harwick, Esq. *via ECF*
*Counsel for Maranda Defendants*