# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – X

9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals

                                      Plaintiff,

            against

NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC,  a New York limited liability company; Coinmint, LLC, a Delaware    limited liability company; OSWEGO DATA LLC, a New York Limited Liability Company; LORI S. THOMPSON, LCSW, PLLC, a professional limited liability corporation; LORI S. THOMPSON, an individual, ANTHONY PORTER, an individual; and DONALD D'AVANZO, an individual

                                      Defendants.

– – – – – – – – – – – – – – – – – – – – – – – – X

:

:

:

:

:

:

:

1:19-CV-00501-TJM-CFH

**EMERGENCY REQUEST FOR COURT CONFERENCE**

**(ECF Case)**

Plaintiffs, MinedMap et. al., through counsel, WILLIAMS LLP, files this Request for Court Conference pursuant to L.R. 7.1(b)(2) and state as follows:

On October 2, 2020, Defendants' counsel sent Plaintiffs a letter, in which Defendants claim that several of Plaintiffs' bitcoin miners were destroyed in a power surge that occurred on April 23, 2020. After the power surge, Defendants made an insurance claim on Plaintiffs' miners and received $197,275.00 just on Plaintiffs' miners. The $197,275.00 was deposited in Defendants' counsel trust account. Plaintiffs have requested the turnover of the $197,275.00 because such a turnover is consistent with this Court's Orders on Plaintiffs' Writs of Replevin, but Defendants have refused and Defendants claim that on or before Friday, October 23, 2020, they will return the $197,275.00 to Defendants. Because of this exigency, Plaintiffs seek an immediate conference with the Court.

Plaintiffs also seek an immediate order barring Defendants attorney from moving the $197,275 from their trust account without further instructions from this Court.

Dated this 16th day of October 2020.
New York, New York

**RESPECTFULLY SUBMITTED**,

_/s/ T. Edward Williams, Esq._
T. Edward Williams, Esq. Bar No. 5634738
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward.williams@wmsintl.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2020, this **REQUEST FOR COURT CONFERENCE** was served on the following individuals:

John Harwick, Esq. *via ECF*
Benjamin Niedl, Esq.
*Counsel for Defendants*