# Northway Mining LLC
## Mining Hosting Contract

Northway Mining Customer ID:
Between

**Mining Hosting Provider:**
Northway Mining, LLC
US Certified and Insured
Company Location: 707 Flats Road
Athens, NY , 12015
United States
Telephone 1 (518) 898 8445

and

**Customer:**

Minedmap, Inc

3960 Howard Hughes Pkway #500

Las Vegas, NV 89169

(702) 934-2737

Daniel@minedmap.com

Number of miners: 3000 S9 – 1350 watts plus manufacturer 10% overage = 1485 Watts each @ $72 per miner / month
**2 Month Deposit Required at Signing =  $ 432,000**
**Total Due at Signing = $432,000**

**Northway Mining Hosting Agreement:**
Northway Mining hosting agreement has been entered between __MinedMap Inc.__ and Northway Mining. The purpose of this Agreement is to precede a hosting contract arrangement under which Northway Mining will provide mining hosting services for a 1 year contract beginning on 9/20/18 and will commence upon receipt of all deliverables.

**DELIVERABLES**

Northway Mining will deliver the following services under this mining hosting agreement:

1. Receipt and checking of all incoming equipment. Northway Mining will check the condition and the quantity of all miners on arrival.

2. Testing: Northway Mining technical team will check the general functioning of the miners. Upon approval of inspection, we will then proceed to set up the miner.
3. Report: If any Damage were to occur to a client's equipment, they will be notified immediately or if any upgrade or maintenance is necessary for their equipment to improve the mining operations, the customer can also come on site and install perform the maintenance required.
4. Consultation:  Northway Mining has a team of experts researching the market to find which coins are the most profitable to mine with your mining rigs. However, Clients can mine their own coin of preference at any time.
5. Operations: Northway Mining will follow on daily basis the operation and the performance of the miners with dedicated software. All miners are accessible remotely via a VPN connection, so the customer can fully manage the miners by them self.   Northway does not manage the software or connect to the client's miners, we only manage physical technical aspects, any software related problem will be managed by the client.

If problems occur on site, Northway will try to correct the problem if serviceable.  If the problem needs more time to resolve, the customer will be informed first before proceeding to any repairs or hardware component changes.

6. Maintenance: Northway Mining offers full maintenance of the customer's miners, We have services available which include changes of the sensitive parts (risers, power cables...). Replacing GPU* etc. We will charge a rate of $65/hr. to perform repair services to your mining equipment. A quote will be generated before any maintenance is done. The client must agree to the quote. * Parts will be paid for by the client.

# PRICE STRUCTURE: All fees are included in these prices: Hosting, Electricity, Cooling, Maintenance, Insurance, Downtime coverage, OS installation(GPU), Assistance, Setup, Security.

The shipping to and from Northway Mining facility, and any changes/repairs of broken hardware are at the customers cost.

Prices per kWh are guaranteed for a month after agreement has been entered. No price changes will occur on the electricity, hosting, maintenance...costs whatsoever.

   **-5<u>% Discount on all annual payments</u>**. Northway Mining estimates the total annual hosting cost for immediate annual payment.

All invoices are payable to our Coinbase wallet in BTC, BCH, ETH, Bank transfer* and PayPal*. *Fees on customer's cost if applicable* Checks accepted make payable to Northway Mining, LLC (In memo please put your customer # or copy of this contract).

Failure of monthly payment will result in loss of Internet connection to the clients Rigs. They will still be held responsible to pay for the electricity the mining rigs are consuming during this time.

**TERMS OF SERVICE**

Northway Mining hosting provider will honor the terms below during the contract terms unless otherwise agreed between parties.

1. Northway Mining agrees to enter a standard 1 year contract term starting 9/20/18.
2. Service shall begin immediately following agreement date as agreed between parties and receiving the miners.
3. This Agreement is under automatic renewal terms and may be canceled with written notice. Contracts upon renewal are subject to change with both parties in agreement.
4. Prices are guaranteed for a duration of the 1 year contract.
5. Northway Mining will not be held responsible for defective miners, aging of the mining equipment... Northway Mining does not take responsibility for any over-clocked miners, doing so may damage your equipment and void warranty.
6. Northway Mining has adequate legal liability insurance policy that covers all damages that may happen to the miners in our mining farm (theft, fire, flood, earthquake...)
7. Northway Mining will maintain a temperature-controlled environment, an appropriate ventilation system and a good storage conditions for all the mining equipment.
8. Northway Mining takes no responsibility on the behalf of their customers, therefore creating wallets and pool accounts need to be done by the customers for confidentiality and security purposes.
9. For security reasons Northway Mining will not disclose the location of the mining farm to other customers, suppliers, partners etc.
10. Miners will be racked, powered on and connected to the network within 21 days of receiving. Customer will have full remote access to online miners as soon as they are deployed.

**TERMINATION**

All contracts are signed for a 1 year period.
Customers who choose to terminate a contract early will be subject to pay a 2-month fee based off their previous months billing.
Client may terminate this Mining Hosting Agreement at any time with written notice of 30 days or immediately at its sole discretion upon the occurrence of one or more of the following events:
1. Failure to comply with all terms listed above.
2. Upon written agreement between both parties.

**DISPUTES**

If legal proceedings are commenced to resolve a dispute arising out of, or relating to, this Agreement,

**APPROVAL**

Signed by and on behalf of Northway Mining, LLC

    Name:

    Date:

    Signature:


Signed by and on behalf of The Client

    Name:    Allen Song

    Date:    09/21/2018

    Signature: *[signed: Allen J Song]*


*Both parts must sign above and keep a copy for their own records.*