# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF NEW YORK

---------------------------X

| | | |
|---|---|---|
| 9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals | : | 1:19-CV-00501-TJM-CFH<br><br>**MOTION FOR FORTHWITH HEARING ON THE RELEASE OF THE $197,275.00 TO PLAINTIFFS** |
| Plaintiff, | : | |
| against | : | **(ECF Case)** |
| NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, a New York limited liability company; COINMINT, LLC, a Delaware limited liability company; OSWEGO DATA LLC, a New York Limited Liability Company; LORI S. THOMPSON, LCSW, PLLC, a professional limited liability corporation; LORI S. THOMPSON, an individual, | : | |

4144-9070-8776, v. 1

ANTHONY PORTER, an individual; and
DONALD D'AVANZO, an individual

                              Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - -X

Counsels for Defendants, John F. Harwick, Esq. and Benjamin F. Niedl, Esq. have indicated that they may soon withdraw from representing Defendants. In anticipation of Mr. Harwick and Mr. Niedl's impending withdrawal, Plaintiffs requests that this Court schedule a hearing on Plaintiffs' Motion to release the $197,275.00 to Plaintiffs. Plaintiffs have prepared their Exhibits and will submit those Exhibits to the Court in short order.

Dated this 20th day of October 2020.
New York, New York

**RESPECTFULLY SUBMITTED**,

*/s/ T. Edward Williams, Esq.*
T. Edward Williams, Esq. Bar No. 5634738
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward.williams@wmsintl.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October 2020, this **MOTION FOR FORTHWITH HEARING ON THE RELEASE OF THE $197,275.00 TO PLAINTIFFS** was served on the following individuals:

John Harwick, Esq. *via ECF*
Benjamin Niedl, Esq.
*Counsel for Defendants*