# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF NEW YORK

---------------------------X

| | | |
|---|---|---|
| 9384-2557 Québec Inc., a Canadian corporation; MINEDMAP, INC., a Nevada corporation; and SERENITY ALPHA, LLC, a Nevada limited liability, and other similarly situated individuals | : | 1:19-CV-00501-TJM-CFH |
| | | **REQUEST FOR STATUS CONFERENCE** |
| Plaintiff, | : | |
| against | : | **(ECF Case)** |
| NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, a New York limited liability company; COINMINT, LLC, a Delaware limited liability company; OSWEGO DATA LLC, a New York Limited Liability Company; LORI S. THOMPSON, LCSW, PLLC, a professional limited liability corporation; LORI S. THOMPSON, an individual, ANTHONY PORTER, an individual; and DONALD D'AVANZO, an individual | : | |

Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - -X

Plaintiffs, MinedMap et. al., through counsel, WILLIAMS LLP, file this Request for Conference and state as follows:

Plaintiffs have filed several Motions that are pending before this Court. On July 31, 2020, Plaintiff filed a Motion for Civil and Criminal Contempt citation against Defendants and other nonparties, including Nonparty, Melissa Welsh, who have aided and abetted Defendants in defrauding Plaintiffs. Plaintiffs' also have a Motion for Attorney Fees and Costs, a Motion for Prejudgment Attachment, and a Motion to Release $197,275.00 to Plaintiffs. Plaintiffs have the highest concern that Defendants are continuing to dissipate assets or further transfer assets out of Plaintiffs' reach. Defendants, as just one example, continue to use and dissipate Plaintiffs' Miners. Plaintiffs are prepared to attend hearings—by any medium this Court chooses that protects its health and the health of the parties—to present their evidence and their testimonies in support of their various Motions that are pending.

At a status conference the parties could provide the availability to attend hearings to resolve the various Motions pending before this Court.

Dated this 17th day of December 2020.
New York, New York

                                      **RESPECTFULLY SUBMITTED**,

                                      */s/ T. Edward Williams, Esq.*
                                      T. Edward Williams, Esq. Bar No. 5634738
                                      WILLIAMS LLP
                                      7 World Trade Center
                                      250 Greenwich 46th FL.
                                      New York, New York 10007
                                      Tel: 212.634.9106
                                      Fax: 212.202.6228
                                      Edward.williams@wmsintl.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December 2020, this **REQUEST FOR STATUS CONFERENCE** was served on the following individuals:

John Harwick, Esq. *via ECF*
Benjamin Niedl, Esq.
*Counsel for Defendants*