UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the reassignment of                  ORDER
Civil Case to the Honorable Lawrence E. Kahn      OF REASSIGNMENT

_____

**ORDERED** that the following civil case has been randomly reassigned to the Honorable Lawrence E. Kahn, Senior U.S. District Judge. The case remains assigned to the Honorable Christian F. Hummel, U.S. Magistrate Judge.

| Case Number | Caption |
|---|---|
| 1:19-cv-501 (TJM/CFH) | Serenity Alpha, LLC, et al v. Northway Mining, LLC, et al |

**IT IS SO ORDERED.**

Dated: March 17, 2021
Syracuse, New York

Chief U.S. District Judge
Northern District of New York