UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

In the Matter of the reassignment of                  ORDER
Civil Case to the Honorable David N. Hurd            OF REASSIGNMENT

_____

**ORDERED** that the following civil case has been randomly reassigned to the Honorable David N. Hurd, U.S. District Judge. The case remains assigned to the Honorable Christian F. Hummel, U.S. Magistrate Judge.

| Case Number | Caption |
|---|---|
| 1:19-cv-501 (TJM/CFH) | Serenity Alpha, LLC, et al v. Northway Mining, LLC, et al |

**IT IS SO ORDERED.**

Dated: March 18, 2021
Syracuse, New York

Chief U.S. District Judge
Northern District of New York