AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of New York ▼

| | |
|---|---|
| MinedMap, Inc., a Nevada Corporation <br><br> *Plaintiff(s)* <br> v. <br> Northway Mining et. al. <br><br> *Defendant(s)* | Civil Action No. 19CV00501-DNH-CFH |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Roseann Maranda
293 Durkee Lane
East Patchogue, New York 11772

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: T. Edward Williams, Esq.
Williams LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward@williamsllp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Clerk of Court*

Date: 3/22/2021

s/ Kimberly Carrow
*Signature of Clerk or Deputy Clerk*