UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MINEDMAP, INC.,

                            Plaintiff,

    -against-

NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, a New York limited liability company; COINMINT, LLC, a Puerto Rican limited liability company; OSWEGO DATA LLC, a New York Limited Liability Company; LORI S. THOMPSON, LCSW, PLLC, a professional limited liability corporation; LORI SHANNON THOMPSON, an individual, ANTHONY PORTER, an individual; M&T BANK, N.A., TEACHERS FEDERAL CREDIT UNION; CHRISTINE MARANDA, an individual; ROSEANN MARANDA; an individual; DOUGLAS MARANDA, an individual; DONALD D'AVANZO, an individual, ETHEREUM VENTURES, LLC, a New York limited liability company, ANGELO POPE, an individual; JEFFREY HOLBROOK, an individual and a resident of the state of New York; MELISSA WELSH, an individual and a resident of the State of New York; XYZ Corporation, entities form by Michael Maranda and Other Defendants; XYZ Limited Liability Company, formed by Michael Maranda and other Defendants; Real Property at 38 Oaklawn Avenue Athens, New York,

                         Defendants.

**NOTICE OF MOTION TO DISMISS**

Civ. Action No.: 1:19-CV-00501-TJM-CFH

    **PLEASE TAKE NOTICE**, that the Moving Parties specified below, by and through their undersigned attorneys, will move this Court for an Order granting the relief described below, at the time and place set forth below:

| | |
|---|---|
| Moving Parties: | Defendants Northway Mining LLC, Michael Maranda, Hudson Data Center, Inc., Michael Maranda LLC and Michael Carter. |
| Motion Directed To: | Plaintiff MinedMap, Inc. |

Relief Sought:      Dismissal of the entire current Complaint (ECF Doc. #150) pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and 28 U.S.C. §1367(c), together with such other relief in favor of the moving defendants as the Court deems just and proper

Supporting Papers:    The papers offered in support of the motion are: (i) *the Memorandum of Law in Support of Motion to Dismiss "First Amended Complaint" (ECF Doc. #150 by Defendants Northway Mining LLC, Michael Maranda, Michael Maranda LLC, Hudson Data Center and Michael Carter,* dated April 1, 2021 and filed simultaneously hereiwth; and (ii) all prior papers and pleadings had herein, filed with the Court and made a part of the ECF docket for this case.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 7.1(a)(1), any party

opposing the motion must file and serve its opposition papers no later than than **twenty-one (21)**

**days** after the date this Notice of Motion is filed and served via ECF.

Dated:  Troy, New York
      April 1, 2021

                                Respectfully submitted,

                                E. STEWART JONES HACKER MURPHY LLP

                                By: Benjamin F. Neidl
                                *Attorneys for Defendants Northway Mining LLC,*
                                 *Michael Maranda, Michael Maranda LLC, Hudson*
                                *Data Center Inc. and Michael Carter*
                                28 Second Street
                                Troy, N.Y.  12180
                                (518)274-5820