UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MINEDMAP, INC.,

                Plaintiffs,

-against-                                **AFFIRMATION OF SERVICE**

NORTHWAY MINING, LLC, et. al.,           Civ. Action No.: 1:19-CV-00501-TJM-CFH

                Defendants.

I, **BENJAMIN F. NEIDL**, hereby affirm under penalty of perjury that on April 1, 2021, I caused defendants Michael Maranda, Northway Mining LLC, Michael Maranda LLC, Hudson Data Center, Inc. and Michael Carter's Notice of Motion to Dismiss (ECF Doc. #157) and Memorandum of Law in support (ECF Doc. # 157-1) to be served upon the following ECF participants by electronically filing said document(s) on the PACER ECF system for the above-referenced case:

T. Edward Williams, Esq.
*Attorneys for the Plaintiffs*
edward.williams@wmsintl.com

I further affirm that I caused the following non-ECF participants to be served with papers on the same date, by first class mail: NONE.

Dated: Troy, New York                Respectfully submitted,
       April 1, 2021

                                          E. STEWART JONES HACKER MURPHY, LLP

                          By: */s/ Benjamin F. Neidl*
                                  Benjamin F. Neidl
                                  *Attorneys for Defendants Michael Maranda,*
                                  *Northway Mining LLC, Michael Maranda LLC,*
                                  *Hudson Data Center, Inc. and Michael Carter*
                                  28 Second Street
                                  Troy, N.Y.  12180
                                  (518) 274-5820
                                  Bneidl@joneshacker.com