UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| MINEDMAP, INC., a Nevada corporation; | : | 1:19-CV-00501-DNH-CFH |
| | | **STIPULATED MOTION TO EXTEND TIME TO SUBMIT RESPONSE IN OPPOSITION TO MOTION TO DISMISS** |
| Plaintiff, | : | |
| against | : | **(ECF Case)** |
| MICHAEL MARANDA, an individual, MICHAEL CARTER, an individual, et. al. | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - X

Plaintiff, MinedMap, Inc., through counsel, Williams LLP, and Defendants, Michael Maranda, Michael Maranda, Michael Carter, Michael Maranda LLC, Northway Mining, and Hudson Data Center, through counsel, E. Stewart Jones Hacker Murphy LLP, hereby Stipulate and agree to extend time for MinedMap, Inc. to submit its Response in Opposition to Defendants' Motion to Dismiss together with its supporting Memoranda of Law to **May 3, 2021**, and

1

that Defendants shall submit their Reply in Support of their Motion to Dismiss on **May 10, 2021**.

Dated: April 21, 2020.
New York, New York

Respectfully submitted,

| FOR PLAINTIFF | FOR DEFENDANTS |
|---|---|
| /s/ T. Edward Williams, Esq. | /s/ Ben Neidl, Esq. |

2

3

**RESPECTFULLY SUBMITTED,**

*/s/ T. Edward Williams, Esq.*
T. Edward Williams, Esq. Bar No. 5634738
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward@williamsllp.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April 2021, this **STIPULATED MOTION TO EXTEND TIME TO SUBMIT RESPONSE IN OPPOSITION TO MOTION TO DISMISS** was served on these individuals:

John Harwick, Esq. *via ECF*
Benjamin Niedl, Esq.
E. Stewart Hacker Jones Murphy LLP
*Counsel for Defendants*

4