**From:** Nuno Matos
**To:** Edward Williams
**Subject:** Re: Michael Maranda
**Date:** Monday, April 12, 2021 11:27:02 PM
**Attachments:** image001.png





















**From:** Nuno Matos
**Sent:** Monday, April 12, 2021 10:24 PM
**To:** Edward Williams <Edward@williamsllp.com>
**Subject:** Michael Maranda

Hey Edward,

My name is Nuno, recently I was trying to buy miners and I ran into someone called Ben. Ben was telling me about a facility in Oswego that had a lot of S9s, and the price wasn't too bad. I then found out that Ben wasn't the seller but he was facilitating a sale for someone. When I asked who it was he told me that he wanted to be private and that's why I was talking to Ben in the first place. Im not exactly sure what happened after but at some point I came to knew about Mike, I think it was maybe because I had to write a cashiers check to him. I took home that day 74 S9js. Now because he has given me a good deal, I

thought it wouldn't be a bad idea if I bought them and flipped them right after, so what I did was try and sell them before I even buy it. That's how I met Daniel, and he told me who Micheal really is. I have had phone calls with Mike and I was supposed to meet him this Wednesday or Friday, I would want to speak to you over phone to try and help in anyway possible, I have his phone number, serial numbers of some of the machines and I might even meet him soon. Please do call me as soon as you can.

Thank you,

Nuno Matos