
Exhibit C: Picture of Hosting Location
Case 1:19-cv-00501-DNH-CFH   Document 162-3   Filed 04/27/21   Page 1 of 1