# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF NEW YORK

---------------- X

| | | |
|---|---|---|
| MINEDMAP, INC., a Nevada corporation | : | 1:19-CV-00501-DNH-CFH |
| | | **NOTICE OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| Plaintiff, | : | |
| against | : | **(ECF Case)** |
| MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual et al. | : | |
| Defendants. | : | |

---------------- X

**RESPECTFULLY SUBMITTED,**

*/s/ T. Edward Williams, Esq.*
T. Edward Williams, Esq. Bar No. 5634738
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward@williamsllp.com

1

**PLEASE TAKE NOTICE THAT,** Plaintiff MinedMap, Inc., through counsel, WILLIAMS LLP, is filing this Notice of Memorandum of Law in Opposition to Defendants' Motion to Dismiss and the Memorandum of Law in Opposition to Defendants' Motion to Dismiss. Plaintiff opposes Defendants' Motion to Dismiss because Plaintiffs has alleged that it has standing to sue because Plaintiff owned the Miners Defendants stole and because Plaintiff owned the sums paid to Defendants as deposits to be used against electrical costs Defendants were to incur in hosting Plaintiffs' Miners; because diversity jurisdiction exists, and so, this court lack discretion even if it does not grant Plaintiff's Civil RICO claim; and because Plaintiff has alleged mail fraud, wire fraud, and computer fraud with particularity.

April 22, 2021.
New York, New York

**RESPECTFULLY SUBMITTED,**

<u>*/s/ T. Edward Williams, Esq.*</u>
T. Edward Williams, Esq. Bar No. 5634738
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward@williamsllp.com

3