EXHIBIT "B"

