## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – –   X

MINEDMAP, INC., a Nevada                :        1:19-CV-00501-DNH-CFH
corporation;

                                                 **REQUEST FOR CONFERENCE**

                        Plaintiff,      :

                against                 :        **(ECF Case)**

MICHAEL MARANDA, an individual;
MICHAEL CARTER, an individual;

                        Defendants.  :

– – – – – – – – – – – – – – – – –   X

Plaintiff, MinedMap, through counsel, WILLIAMS LLP, submits this Request for Conference for Leave to Submit its Memorandum of Law Out of Time Under Fed. R. Civ. P. 6(b). In Support of this Motion, Plaintiff states as follows:

On April 10, 2021, this Court entered an Order striking Plaintiff's Response in Opposition to Defendants' Motion to Dismiss as untimely and as exceeding the 25-page limit in Local Rule 7.1(b)(1). Local Rule 7.1(b)(1) provides as follows:

No party shall file or serve a memorandum of law that exceeds ***twenty-five (25) pages in length,*** unless that party obtains leave

of the judge hearing the motion prior to filing. All memoranda of law shall contain a table of contents. When serving a pro se litigant with a memorandum of law or any other paper which contains citations to authorities that are unpublished or published exclusively on electronic databases, counsel shall include a hard copy of those authorities. Although copies of authorities published only on electronic databases are not required to be filed, copies shall be provided upon request to opposing counsel who lack access to electronic databases.

Plaintiff's Memorandum of Law ***is 23 pages*** not counting the Table of Contents, the Table of Authorities, and the Certificate of Service, which are never counted where page limits are imposed. The Local Rule does not suggest that the Table of Authorities, Table of Contents, or the Certificate of Service are counted in counting page limits. That said, Plaintiff's Revised Memorandum of Law in Opposition to Plaintiff's Motion to Dismiss, is attached as **Exhibit A**.

Plaintiff can also show good cause under Fed. R. Civ. P. 6(b) for the reasons stated in Plaintiff's Letter Response filed earlier today (April 10, 2021). *See Pioneer Inv. Servs., Co. v. Brunswick Assoc., Ltd. P'ship*, 507 U.S. 380, 395 (1992). Plaintiff's Motion for Leave To File Its Memoradum of Law Out of Time is attached to this Request for Conference, as **Exhibit B**.

4165-9203-2807, v. 4

## CONCLUSION

Based on the above, Plaintiffs requests a conference.


Dated: May 10, 2021.
New York, New York

**RESPECTFULLY SUBMITTED,**

*/s/ T. Edward Williams, Esq.*
T. Edward Williams, Esq. Bar No. 5634738
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
Tel: 212.634.9106
Fax: 212.202.6228
Edward.williams@wmsintl.com

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of May 2021, this **PLAINTIFF'S REQUEST FOR CONFERENCE** was served on these individuals:

John Harwick, Esq. *via ECF*
Ben Neidl, Esq. *via ECF*
*Counsel for Maranda Defendants*

4165-9203-2807, v. 4