UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| MINEDMAP, INC., a Nevada corporation; | : | 1:19-CV-00501-DNH-CFH |
| | | **DECLARATION OF T. EDWARD WILLIAMS, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE FILE MEMORANDUM OF LAW OUT OF TIME** |
| Plaintiff, | : | |
| against | : | **(ECF Case)** |
| MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - -X

I, T. Edward Williams, Esq., under penalty of perjury and in reliance with 28 U.S.C. 1746, declare:

All statements of fact articulated in the Motion for Leave to File Memorandum of Law out of Time were investigated and they are accurate and consistent with the reality of the events that occurred.

Dated: May 10, 2021.

_____
T. Edward Williams, Esq.