UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| MINEDMAP, INC., a Nevada corporation | : | 1:19-CV-00501-TJM-CFH |
| | | |
| | | **NOTICE OF APPEAL** |
| Plaintiff, | : | |
| | | |
| against | : | **(ECF Case)** |
| NORTHWAY MINING, LLC, a New York limited liability company; MICHAEL MARANDA, an individual; MICHAEL CARTER, an individual; CSX4236 MOTORCYCLE SALVAGE, LLC, a New York limited liability company; DROR SVORAI, an individual; MINING POWER GROUP, INC., a Florida corporation; HUDSON DATA CENTER, INC, a New York Corporation, MICHAEL MARANDA, LLC, a New York Limited liability company; PORTER KING HILL CONTRACTING, LLC, a New York limited liability company; Coinmint, LLC, a Delaware limited liability company; OSWEGO DATA LLC, a New York Limited Liability Company; LORI S. THOMPSON, LCSW, PLLC, a professional limited liability corporation; LORI S. THOMPSON, an individual, ANTHONY PORTER, an individual; and DONALD D'AVANZO, an individual | : | |

Notice is hereby given that MinedMap, Inc., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment and Order both of which were entered in this action on the May 13, 2021.

June 14, 2021.

/s/ T. Edward Williams, Esq.
T. Edward Williams, Esq.
WILLIAMS LLP
7 World Trade Center
250 Greenwich 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Edward@williamsllp.com
*Counsel for Petitioner MinedMap. Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June 2021, **PLAINTIFF'S NOTICE OF APPEAL** was served on the following individuals:

Clerk of the Court
For the Northern District of New York
445 Broadway, suite 509
Albany, New York 12207

John Harwick, Esq.
Ben Niedl, Esq.
E. Stewart Jones Hacker Murphy LLP
28 2nd Street
Troy, New 12180
*Counsel for Maranda Defendants*