UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on June 14, 2021 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Utica Clerk's Office if you need any of the following documents:

Docket No.(s):   12 and 14.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Utica, New York, this 15th day of June, 2021.

*John Domurad*
Clerk of Court

By:   s/ Helen M. Reese
      Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name & Case No. | MinedMap, Inc., et al.  v. Northway Mining, LLC, et al.   1:19-CV-0501 (DNH/CFH) |
| Docket No. of Appeal: | 174 |
| Documents Appealed: | 172 and 173 |

Fee Status:   Paid X          Due ___          Waived (IFP/CJA)___
              IFP revoked ___  Application Attached ___   IFP pending before USDJ ___

Counsel:          Retained X    Pro Se ___

Time Status:  Timely___          Untimely___

Motion for Extension of Time:     Granted ___   Denied ___

Certificate of Appealability:    Granted ___   Denied ___   N/A ___